CAUSE NO. B190466C

| | | |
|---|---|---|
| JASON and ERIN FURMAN | ) | IN THE DISTRICT COURT |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | 119th JUDICIAL DISTRICT |
| SAN ANGELO RVs, INC. and | ) | |
| HEARTLAND RECREATIONAL | ) | |
| VEHICLES, LLC | ) | |
| Defendants. | ) | TOM GREEN COUNTY, TEXAS |

_____

ORAL DEPOSITION OF

JASON FURMAN

December 10, 2021

(Reported Remotely)

_____

ORAL DEPOSITION OF JASON FURMAN, produced as a
witness at the instance of the Defendant, and duly
sworn, was taken in the above-styled and numbered
cause on the 10th day of December, 2021 from 8:02
a.m. to 9:58 a.m., before Clifton V. Smith, CSR in
and for the State of Texas, reported in machine
shorthand, at Starbucks, Charolette, North Carolina,
pursuant to the Texas Rules of Civil Procedure, the
latest Emergency Order Regarding the COVID-19 State
of Disaster, and the provisions stated on the record
or attached hereto.

EXHIBIT
R



```
 1   A-P-P-E-A-R-A-N-C-E-S:

 2

 3

 4   ATTORNEY FOR THE PLAINTIFF:

 5

 6       Mr. Scott Templeton (By Zoom video)
         905 S. Abe
 7       P.O. Box 29
         San Angelo, Texas 76902
 8       (325) 482-9120

 9

10

     ATTORNEY FOR THE DEFENDANT SAN ANGELO RVs., INC.:

11

12

         Ms. Nadine K, Weatherall (By Zoom video)
13       Walters, Balido & Crain
         Meadow Park Tower, Suite 1500
14       10440 North Central Expressway
         Dallas, Texas 75231
15       (972) 764-7709
         nadine.weatherall@wbclawfirm.com

16

17

18   ATTORNEY FOR THE DEFENDANT HEARTLAND RECREATIONAL
     VEHICLES, LLC:

19

20

         Mr. Chris Lowman (By Zoom video)
21       One Allen Center
         500 Dallas St.
22       Houston, Texas 77002
         (713) 752-0777

23

24

25
```



```
                                                    Page 3
 1                    I N D E X              PAGE

 2

    APPEARANCES ................................    2

 3

 4      JASON FURMAN

 5             Examination by Ms. Weatherall .....    4

 6             Examination by Mr. Lowman ........   52

 7             Examination by Ms. Weatherall .....   64

 8

 9                  E X H I B I T S

10   No.      Description

11   1        Correspondence - 1-30-19 ...........   10

12   2        Buyer's Order - 10-4-18 ............   44

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 4

```
 1                    JASON FURMAN,
 2   called as a witness and having been first duly sworn,
 3   testified as follows:
 4                    EXAMINATION
 5   BY MS. WEATHERALL:
 6        Q.   Can you please state your full name for the
 7   record.
 8        A.   Sure.  Jason Furman.
 9        Q.   Jason, Mr. Furman, do you have a middle
10   name?
11        A.   I do.  I don't usually use it, but Jason
12   Haynesworth Furman.
13        Q.   Mr. Furman, my name is Nadine Weatherall.
14   I represent San Angelo RVs in a lawsuit that you
15   filed against it.  Do you understand who I am and who
16   I represent?
17        A.   I do, Nadine.  Thanks.
18        Q.   Have you ever given a deposition before?
19        A.   I have not.
20        Q.   Okay.  Do you understand that even though
21   we're doing this over Zoom that the testimony you
22   give here today is the same as if you were in front
23   of a court and a jury and you have been sworn to tell
24   the truth?
25        A.   I understand.
```



```
 1        Q.   All right.  If I ask you a question here
 2   today and you don't understand what I'm asking you,
 3   will you let me know that?
 4        A.   I certainly will.
 5        Q.   And I will rephrase it until you do.  Okay?
 6        A.   Yeah.
 7        Q.   How old are you?
 8        A.   I am 37 years old.
 9        Q.   What's your date of birth?
10        A.   January 23rd, 1985.
11        Q.   Are you currently married?
12        A.   I am.
13        Q.   Who are you married to?
14        A.   Erin Furman.
15        Q.   And Erin is also a plaintiff in this
16   lawsuit; is that correct?
17        A.   I believe so, yes.
18        Q.   Other than your marriage to Erin, have you
19   been married to anyone else?
20        A.   No.
21        Q.   Do you have any children?
22        A.   Yes.
23        Q.   What are the names and ages of your kids?
24        A.   Sure.  So, my son, REDA, is 7.  His legal
25   name is REDACTED.  My oldest daughter is REDA spelled
```



1    REDACTE.  She is five and my youngest daughter is RED

2    spelled REDAC and she is three.

3         Q.   Are you currently employed?

4         A.   I am.

5         Q.   What do you do for work?

6         A.   I'm a military officer.

7         Q.   Where are you currently located?

8         A.   At this moment I am in North Carolina.

9         Q.   Is that where you're currently stationed?

10        A.   No.

11        Q.   Where are you currently stationed?

12        A.   Seoul, South Korea.

13        Q.   Other than this lawsuit have you ever been

14   involved in any other lawsuit?

15        A.   No, not -- I mean, yes, but not pertaining

16   to anything like this.

17        Q.   Okay.  What other lawsuit have you been

18   involved in?

19        A.   A lawsuit pertaining to DOD -- not DOD

20   housing.  Just a landlord dispute.

21        Q.   Were you the landlord in that dispute?

22        A.   I was not.

23        Q.   You were the tenant?

24        A.   Yes.

25        Q.   That lawsuit, which county was that pending



1   in?

2        A.   I believe it's in San Antonio.

3        Q.   Is that lawsuit --

4        A.   I'm not sure of the county.  Go ahead.

5        Q.   That's fine.  I think it's Bexar County,

6   but is that lawsuit still pending or has it been

7   resolved?

8        A.   Yes.  Like all things COVID it's still

9   pending.

10       Q.   Other than that landlord tenant dispute

11   lawsuit, have you been involved in any other

12   lawsuits?

13       A.   No.

14       Q.   Have you been arrested for any reason in

15   the last 10 years?

16       A.   No.

17       Q.   Is that a "no"?

18       A.   That's a "no."  If you don't hear me, it's

19   either background or the connection.  So, please --

20       Q.   Got it; and, so, I take it you have not

21   been convicted of any crime in the last 10 years,

22   true?

23       A.   That would be correct.

24       Q.   So, what's your current address?  Would

25   that be in Seoul, South Korea?



Page 8

1      A.   Gosh, I could not give you the exact Korean

2   address.  If you give me two seconds, I can give you

3   something.

4      Q.   Well, that's okay.  What I'm trying to ask

5   is your permanent address right now currently in

6   Seoul, South Korea?

7      A.   Yes.

8      Q.   Is that where your family also resides?

9      A.   Correct, yes.

10      Q.   Did you review any documents in preparation

11   for your deposition here today?

12      A.   I scratched the rust off of my memory by

13   looking at photos and some letters, some

14   correspondence that pertain to that timeline.

15      Q.   About how many photographs did you review?

16      A.   I couldn't tell you.  Sorry.

17      Q.   Were those photographs that you took?

18      A.   Yes.

19      Q.   And the correspondence that pertain to this

20   timeline specifically what correspondence did you

21   review?

22      A.   Correspondence between me and my attorney.

23      Q.   Okay.  I don't want to know about that.

24   Was there any other correspondence that you reviewed?

25      A.   No, I don't think so.



Page 9

```
 1        Q.    Did you happen to review the correspondence
 2   that you sent to San Angelo RV on January the 30th of
 3   2019?
 4        A.    No, not directly.
 5        Q.    Okay.  I'm going to try to share my screen
 6   with you.
 7        A.    Okay.
 8        Q.    Bear with me.  I have done this hundreds of
 9   times now, and I still -- it takes me awhile to
10   figure it out.
11        A.    I will still be impressed.
12        Q.    All right.  Mr. Furman, can you see my
13   screen?
14        A.    Oh, yes.  This is the demand letter or
15   the -- yeah.  Okay.
16        Q.    This is the first page, 1 of 2.  Can you
17   see that?
18        A.    Yes, I can see it.  I have a copy of that.
19        Q.    This is the second page.  So, did you
20   review this correspondence in preparation for your
21   deposition?
22        A.    Yes.
23        Q.    And I am going to go ahead and mark this
24   correspondence as Exhibit 1 to your deposition.
25   Okay?
```



Page 10

1        A.    Sure.

2              (Deposition Exhibit Number 1 marked

3              for identification)

4        Q.    (By Ms. Weatherall)   And just looking at it

5   is this in fact the correspondence that you sent to

6   San Angelo RV and Matthew McConnel?

7        A.    Yes.

8        Q.    And that's your signature?

9        A.    Yes.

10        Q.    Okay.  And how did you send this

11   correspondence to them?

12        A.    I'm scratching at my memory.  I believe we

13   tried to send it several different ways, and I cannot

14   remember which means actually went through and was

15   acknowledged.

16        Q.    When you say you tried to send it several

17   different ways, what type of ways did you try to send

18   it?

19        A.    You know, traditional certified mail,

20   courier, maybe e-mail; but I cannot pull that ancient

21   history on my e-mail right now.

22        Q.    Have you seen the appraisal reports

23   prepared by Dana Foss in this lawsuit?

24        A.    I have not.  They have not been furnished

25   to me.



Page 11

```
 1        Q.   All right.  So, you understand that we're
 2   here to talk today about a 2018 Heartland Bighorn 38
 3   BH fifth wheel trailer, correct?
 4        A.   Correct.
 5        Q.   Is that a "yes"?
 6        A.   Yes.
 7        Q.   Who currently owns that trailer?
 8        A.   My understanding that's still in my name
 9   although I have the repeated request that it be
10   returned and at the time back then refunded.
11        Q.   Is the title only in your name or is it in
12   yours and Erin's name?
13        A.   I don't have that information off the top
14   of my head.  Sorry.
15        Q.   Do you have a copy of the title somewhere?
16        A.   Not on my person.
17        Q.   So, throughout this deposition whenever I
18   say trailer or RV can we have the understanding that
19   I'm talking about this Heartland Bighorn trailer that
20   you purchased from San Angelo RVs?
21        A.   Sure.
22        Q.   So, when did you purchase this RV or
23   trailer?  Do you recall?
24        A.   That would have been early December, 2018 I
25   believe.
```



Page 12

```
 1        Q.   I'm going to share my screen with you
 2   again.
 3        A.   Sure.
 4        Q.   Do you see my screen, Mr. Furman?
 5        A.   I can.
 6        Q.   What is this document?
 7        A.   This looks like a buyer's order for the RV.
 8        Q.   And can you see the date up at the top?
 9        A.   Yeah.  So, 4 December.  Sounds accurate.
10        Q.   Okay.  Can you see the total amount?
11        A.   Yes, both written and typed.
12        Q.   What is that amount?
13        A.   $58,658.37.
14        Q.   Is that how much you paid for this trailer?
15        A.   Yes, to the best of my recollection.
16        Q.   And at the bottom did you sign this
17   agreement?
18        A.   Yes.
19        Q.   Is this your signature right here that I'm
20   highlighting?  Is that a "yes"?
21        A.   Yes.
22        Q.   Sorry.  I guess you're cutting out.  Is
23   this Erin's signature right here?
24        A.   Yes.
25        Q.   Okay.  And do you recall who at San Angelo
```



Page 13

1    RV signed this document?

2         A.    I do not actually.  I believe the

3    salesperson that worked with us called himself Mack,

4    but I'm not sure what his legal name was.

5         Q.    He called himself Matt or Mack?

6         A.    Mack.

7         Q.    So, you purchased this trailer from San

8    Angelo RV, true?

9         A.    True.

10        Q.    Did you purchase this online or did you go

11   in person and purchase it?

12        A.    In person.

13        Q.    How did you -- how did purchasing a trailer

14   come about?  How did the whole process go down?

15        A.    Okay.  I can give you a story.

16        Q.    How did it come about that you bought this

17   trailer?

18        A.    Okay.  Very simply I was shopping for

19   trailers in the area.  San Angelo RV was kind of in

20   the center of town.

21              So, I stopped by and looked at what

22   they had; and I selected that one because it fit the

23   needs.  It fit our needs at least.

24        Q.    So, specifically what type of trailer were

25   you looking for at that time?



1      A.   Specifically I was looking for a trailer

2   that my whole family could stay in.

3      Q.   And were you specifically looking for a

4   brand new trailer or a used trailer or did it not

5   matter?

6      A.   A new trailer.

7      Q.   Other than San Angelo RVs, when you were

8   looking for this trailer did you check trailers at

9   any other location?

10      A.   I did and I think there's another outfit

11   just outside of town but I cannot recall the name.

12      Q.   How many times did you stop by at San

13   Angelo RVs to look at trailers before actually

14   purchasing this Heartland trailer?

15      A.   I couldn't tell you.  I don't know.

16      Q.   Was it more than once?

17      A.   It was more than once.

18      Q.   More than twice?

19      A.   Yes, I believe so.  I would say more than

20   once and less than seven or eight times.

21      Q.   Prior to purchasing this trailer from San

22   Angelo RVs, had you ever purchased anything else from

23   them?

24      A.   From -- no.

25      Q.   Why did you ultimately decide to buy from



Page 15

1    San Angelo RVs?

2        A.    I believe it was like everything you

3    purchase.  It's a combination of price tag and a

4    trust between me and the salesperson and the quality

5    of the product.

6        Q.    Had you done research as to San Angelo RVs

7    prior to purchasing this trailer from them?

8        A.    I'm not quite sure what you mean by

9    research.

10       Q.    I mean did you look them up online or

11   anything like that to see what type of reviews they

12   had, anything like that?

13       A.    I couldn't say for sure.  I imagine if I

14   had seen something then I would have keyed on it and

15   found a different direction, but I can't recall

16   specifically.

17       Q.    When you were looking for this trailer, did

18   you have a budget in mind?

19       A.    I did.

20       Q.    Do you recall what that budget was?

21       A.    Not at all.  I would be guessing if I told

22   you.

23       Q.    Is it safe to assume that the amount that

24   you purchased this trailer for was within the budget?

25       A.    Yes.



Page 16

1          Q.    When you went to San Angelo RVs the first

2    time, did you speak to a salesperson?

3          A.    Yes.

4          Q.    At that time did you tell them what you

5    were looking for?

6          A.    I told them I was looking for something

7    that would be suitable for my whole family.

8          Q.    And, so, what did that first visit entail?

9                You told them you were looking for

10   something for your whole family, and did you actually

11   look at different trailers at that time?

12         A.    I did.

13         Q.    And were any other conversations had on

14   that first visit?

15         A.    I guess we're going to ask questions.  I'm

16   asking for clarification.

17               Are we going to ask questions at a

18   level of detail until we can't get any more detail?

19   This is three years ago.

20         Q.    No.  I understand, sir; and I'm just trying

21   to understand what you know and what you remember.

22   Okay?  If you just don't remember, I would like to

23   know that.

24         A.    Okay.  Sure.  I looked around the lot.  I

25   looked at -- again, I think it was the first visit.



```
 1                    So, I wasn't looking to outright
 2   purchase anything; and I don't recall any other
 3   specific conversations that I had other than
 4   conveying what we were looking for and using my own
 5   eyes and ears around the lot.
 6        Q.   Okay.  The first time that you went out to
 7   San Angelo RVs did you go by yourself or did Erin
 8   accompany you?
 9        A.   I went by myself the first time.  She
10   waited in the car.
11        Q.   The other visits to San Angelo RVs prior to
12   the visit when you actually purchased the RV, what
13   were you doing in those visits?
14                    Do you have any specific recollection?
15        A.   Let's see.  Typically we were driving
16   around in a golf cart around the lot to take a look
17   at RVs.
18                    I remember bringing my wife along to
19   get her opinion of certain aesthetic aspects which is
20   more her department, and I recall whittling down what
21   actually suited our requirements versus what would be
22   nice to have versus what wasn't enough.
23                    That typically revolved around the
24   size of the RVs as well as not necessarily the
25   amenities but the function of space on the inside.
```



1      Q.   At any of those visits do you recall any

2   specific conversations had with anyone at San Angelo

3   RVs?

4      A.   Yes.  I remember maybe the ultimate time

5   walking into Mack's office to discuss price tags and

6   what could be negotiated.

7              He had an office that was a little bit

8   separate from the primary building; and, so, it was a

9   typical negotiation for an item.

10             I guess I treated it like a car

11  purchase because I didn't have experience buying

12  trailers but it was a 2018 and it was -- the make and

13  the year was six months ahead or something like that

14  of the year.

15             I don't know the industry specifics

16  but it was in new condition and he showed me that

17  what I saw was what I was getting.

18     Q.   So, did Mack represent to you that the

19  trailer that you ultimately purchased was brand new?

20     A.   Yes.

21     Q.   What I'm trying to understand is was this a

22  trailer that had been used before and was in brand

23  new condition or was it a brand new trailer?

24     A.   They assured me that it had not been used

25  before, specifically that it had not -- yeah, that it



1   had never been used before and that it was brand new.

2        Q.   And that was told to you by Mack at San

3   Angelo RVs?

4        A.   Yes, and I believe the proprietor as well

5   but I cannot recall his name.  I guess the manager.

6        Q.   And when Mack and the manager told you that

7   this trailer was brand new was Erin there with you?

8        A.   My wife?

9        Q.   Yes.

10       A.   Yes.  I believe she asked him separately as

11  we were walking around the lot one time.

12       Q.   At some point did you hone in on this

13  specific Heartland trailer?

14       A.   I'm not sure what you mean by the question.

15       Q.   Well, at some point on one of your visits

16  did you realize that this was the trailer that you

17  wanted to purchase?

18       A.   Yes.

19       Q.   How did you decide to -- or, you know, how

20  did it come about that you purchased or you wanted to

21  purchase this specific trailer?

22       A.   As I said before it fit all of the needs,

23  the requirements that we had set out for ourselves at

24  the right price point.  That's about it.

25       Q.   Okay.  Were you specifically looking to buy



Page 20

1    a Heartland trailer or did it not matter?

2          A.    The brand didn't matter as much.

3          Q.    Had you ever heard of Heartland prior to

4    purchasing this trailer?

5          A.    I'm sure that I had heard of Heartland

6    while searching for trailers.

7          Q.    Did you do any research as to Heartland

8    trailers prior to purchasing this trailer?

9          A.    I glanced at their Web site, looked at

10   various models that they had in stock, not in stock

11   as in like on hand but as in the different models

12   that they sold just to get an idea of the scope that

13   they had.  That's about it.

14         Q.    Other than Mack and the manager, did anyone

15   else assist you at any of your visits to San Angelo

16   RVs?

17         A.    Well, no, not until it was time to purchase

18   it and subsequent maintenance visits.

19         Q.    Other than Mack and the manager, did anyone

20   at San Angelo RVs make any representations to you

21   regarding the condition or quality of the trailer?

22         A.    No.  There wasn't really anybody else to

23   give an analysis of that.  As I was doing the walk-

24   through the team assured me that it was new.

25                     I can't remember specific names for it



Page 21

1   but -- to the best of my ability as it was my first

2   time buying one of these I went over, under, inside,

3   outside, and on top of this thing.

4        Q.   You mean you physically inspected it?

5        A.   Yes.

6        Q.   When did you do that?

7        A.   I believe it was the day we were purchasing

8   it.

9        Q.   When you say you went over it, did you look

10  at the top of it?  Is that a "yes"?

11       A.   Yes.

12       Q.   And you looked underneath it?

13       A.   Yes.

14       Q.   At that time did you not see any of the

15  items you were claiming are defective?

16       A.   No.  I might as well have been looking

17  underneath a spaceship.  I didn't quite know what to

18  look for at the time.

19       Q.   So, one of the items on your correspondence

20  to San Angelo RVs is that there were crosscuts 1 foot

21  by 1 foot in undercarriage in rear starboard

22  underbelly of the trailer.

23       A.   Yeah.

24       Q.   You continued to say -- and I can pull this

25  up if you would like for me to.



Page 22

```
 1        A.    Sure.

 2        Q.    Okay.  Let me do that.

 3        A.    I have the letter.  That's fine.

 4        Q.    Okay.  Perfect.  So, it's the fifth item

 5   down.  You say, "Apparently patched with black duct

 6   tape so as to possibly disguise unauthorized

 7   maintenance methods."

 8                    Do you see that?

 9                    MR. LOWMAN:  Nadine, I hate to

10   interrupt; but if you could put that up so the rest

11   of us can see it, that would be helpful.

12                    MS. WEATHERALL:  Sure.  Can you see

13   it, Chris?

14                    MR. LOWMAN:  Yes.  Thank you.

15                    MS. WEATHERALL:  Okay.

16        Q.    (By Ms. Weatherall)  All right.

17   Mr. Furman, when you did the inspection of this

18   trailer prior to purchasing it you did not notice

19   that black duct tape?

20        A.    I did not.  The duct tape is actually the

21   same color as the underbelly.  So, my novice

22   inspection did not catch that unfortunately.

23        Q.    All right.  The next item down, "All edge

24   roof seals deteriorated."

25                    Did you not notice that at your
```



Page 23

1    inspection prior to purchasing this trailer?

2          A.   I did not.

3          Q.   The next item down, "rust on frame," did

4    you not notice that at your inspection prior to

5    purchasing this trailer?

6          A.   No, I didn't notice that until I got under

7    there later on with a flashlight when I was looking

8    at the -- when I finally noticed the crosscut.

9          Q.   How did you purchase this trailer?  Was it

10   with a check?

11         A.   Cash.

12         Q.   At any time after purchasing this trailer,

13   did you take out a policy of insurance on it?

14         A.   Oh, gosh.  I believe I was in the process

15   of doing that.  I don't think I ever finished it

16   because of these issues.

17         Q.   Do you have any personal knowledge or

18   evidence to say that this Heartland trailer that was

19   sold to you by San Angelo RVs was not brand new?

20         A.   I do not have any personal knowledge in

21   that time frame.

22         Q.   What about at any time frame?

23         A.   No.  Do you have any personal knowledge

24   that I don't?

25                    It was clear that after I started



Page 24

1    finding one issue after another that it just wasn't

2    maintained whatsoever or new.

3               MS. WEATHERALL:  I will object to

4    everything as nonresponsive after "no."

5         A.   Okay.

6         Q.   (By Ms. Weatherall)  Did you know what

7    condition -- strike that.

8               Whether or not the trailer was sold to

9    you in the exact same condition as what San Angelo

10   RVs received from Heartland you do not know, true?

11        A.   That's an irrelevant question for me.  I

12   can't possibly know that.

13        Q.   So, that's true?

14        A.   You have the timeline in which I was

15   looking for the trailer, and you have the timeline in

16   which I purchased the trailer?

17               I don't know when San Angelo RVs

18   received it.

19        Q.   You claim that after you purchased this

20   trailer that it immediately showed signs of failure,

21   correct?

22        A.   Yes.

23        Q.   What was the first thing that you noticed

24   wrong with this trailer?

25        A.   The first thing that I noticed was a water



Page 25

1   leak.  I think that's the first bullet on my list.

2       Q.   When did you first notice that water leak?

3       A.   It would have been somewhere between

4   December 6th and December 8th.

5       Q.   And when you noticed the water leak -- and

6   just so we're clear for everyone else where was this

7   water leak originating from?

8       A.   I believe it was internal to the trailer,

9   but I wouldn't know where it was originating from.  I

10  found the water leak in the storage compartment

11  underneath the master bedroom.

12      Q.   When you first noticed that water leak,

13  what did you do?

14      A.   Called San Angelo RVs.  I took my things

15  out of that space, and then I called San Angelo RVs.

16      Q.   When you noticed that water leak, where was

17  the trailer?  Was it still in San Angelo?

18      A.   It was in San Angelo, yes.

19      Q.   So, when you called San Angelo RV to advise

20  them of this water leak, what did they do?

21      A.   They sent someone out to examine it, and

22  then they returned later to try to fix it.

23      Q.   Do you recall when they sent someone out to

24  examine it?

25      A.   No.  I know it was not immediate, but it



1    was upon my insistence than they initially

2    advertised.

3         Q.   Am I understanding you correctly at another

4    time someone from San Angelo RV came out to fix it?

5         A.   Yes.

6         Q.   Do you recall when someone from San Angelo

7    RV came out to fix it?

8         A.   Not specifically.  It was in the same time

9    frame, the next day.

10        Q.   Do you recall who from San Angelo RV came

11   out to fix it?

12        A.   No.

13        Q.   On your correspondence there are three

14   other water leaks after that first one, correct?

15        A.   Correct.

16        Q.   Did you discover these four water leaks in

17   total all around the same time period?

18        A.   Sequentially because they were attempted to

19   be fixed and then the leak reappeared or at least the

20   symptoms of the leak reappeared and then -- let me be

21   specific for you because I think that's what you're

22   asking for.

23             So, the first three on that list,

24   those are leaks that were in the same area, general

25   area.  The fourth one on that list, by water stains



Page  27

1    and a water line it was apparent that there had been

2    a leak previously.

3          Q.    So, after San Angelo RV came out to fix the

4    first leak how shortly after that did you notice the

5    second leak?

6          A.    Within two days.

7          Q.    And I'm assuming when you noticed the

8    second leak you called San Angelo RVs out again?

9          A.    Yes.

10         Q.    Did they come out and fix it?

11         A.    They attempted to fix it, yes.

12         Q.    When you say, "They attempted to fix it,"

13   how shortly after their attempt to fix did you notice

14   the leak again?

15         A.    Within the next couple of days.

16         Q.    When that happened did you call them back

17   out again?

18         A.    I can't keep track of which iteration we're

19   on now.  So, the first iteration was when they came

20   out and did maintenance.  I called them, and they

21   came out to try to fix it.

22                It was again after the second time I

23   called them, and they came out to try to fix it.  On

24   that second iteration the maintenance personnel said,

25   "We can wait for it to dry out underneath," because I



Page 28

```
 1   was concerned about mold and other issues with water
 2   damage.
 3                  I asked them what we could do, what
 4   could be done in this situation.  Maintenance
 5   personnel said, "Either we could cut the underbelly
 6   to drain the water out or just wait a period for it
 7   to dry."
 8                  So, I said, "Let's not cut it now,"
 9   and said, "Let it dry," at that point.  Then I called
10   Heartland RV after the maintenance personnel left,
11   corporate Heartland, and asked if cutting the
12   underbelly was appropriate in this situation.
13                  And they said, "No.  You should never
14   cut that underbelly because you can't cut it and
15   maintain the integrity of that underbelly."
16        Q.   When was that call to Heartland RV made?
17        A.   Shortly after the second visit, the second
18   maintenance visit.
19        Q.   Did you ever make a warranty claim with
20   Heartland RV directly?
21        A.   I don't think so.
22        Q.   Is there any reason why not?
23        A.   Because my conversations with the San
24   Angelo RVs folks, they said that they would take care
25   of the maintenance issues.
```



Page 29

1      Q.   When San Angelo RVs -- sorry.  Go ahead.

2      A.   I'm good.

3      Q.   When San Angelo RVs were coming out to do

4  these repairs, did they charge you?

5      A.   No.

6      Q.   When was the first time that you made a

7  demand for the refund of this trailer?

8           Was it when you sent the January 30th,

9  2019 correspondence to San Angelo RVs?

10     A.   No.  It was when I dropped it off.

11     Q.   When did you drop it off?

12     A.   Gosh, it would have been late December at

13 that point.  I don't recall a specific date, but I

14 dropped it off because I was tired of dealing with

15 the maintenance issues.  Certain elements of the

16 trailer was unusable, and I didn't want to be held

17 responsible for anything else that broke.

18           So, I left it with San Angelo RV, got

19 with my family, and then shortly after that discussed

20 with them the potential of refunding it which was

21 denied.

22           And, so, the demand letter was drafted

23 because I was clear based on the state of the RV,

24 based on their maintenance attempt, and general

25 demeanor and manner of doing business that I wasn't



Page 30

1    going to get any more headway without putting

2    something in writing; and we moved forward that way.

3         Q.   Did you ever request to exchange the

4    trailer for a similar and like model?

5         A.   No.  Based on the manner in which San

6    Angelo RV was doing business with me, I had no desire

7    to have another trailer that had been sitting on

8    their property for an unknown period of time.

9         Q.   The items listed -- I will pull it up again

10   for everyone.  The items listed on your

11   correspondence dated January the 30th, 2019 marked as

12   Exhibit 1 to your depo, were all of those items, A,

13   noticed and, B, attempted to be repaired by San

14   Angelo RVs prior to dropping it off on their lot in

15   late December of 2018?

16        A.   Let me go by item.

17        Q.   Well, let's do it this way; and I will try

18   to do it as quickly as I possibly can.  I don't know

19   if there is any good way to do it.  Let's just go

20   down the list.  Okay?

21                  So, we have spoken about the water

22   leaks.  Let's talk about the fifth item down on that

23   list, the crosscuts in the undercarriage and rear

24   starboard underbelly of the trailer.

25                  When did you first become aware or



Page 31

1   notice that?

2       A.   I noticed that when I got underneath the

3   underbelly after the second visit from the San Angelo

4   RV maintenance personnel and started looking around

5   because I was already under there looking at the

6   bulge in the underbelly from the amount of water that

7   had built up.

8               So, then I examined the rest of the

9   underbelly.  When the San Angelo RV personnel

10  mentioned the option to cut the underbelly, I was a

11  little suspicious.  So, I found the crosscut in the

12  rear.

13      Q.   Every time someone from San Angelo RV came

14  out to do maintenance repairs, was it the same person

15  or different people each time?

16      A.   I don't recall.  I believe it was -- I

17  couldn't say with confidence exactly.

18      Q.   Do you recall any names of the people from

19  San Angelo RVs that came out to do maintenance work?

20      A.   You know, I exchanged pleasantries with

21  them at the time and got a name; but I cannot recall

22  it.  I have it written down somewhere.

23      Q.   Okay.  Still sticking on the fifth point on

24  your correspondence you state, "Clear evidence of

25  previous flooding."



Page 32

```
 1                    What did you observe to indicate that
 2    there was clear evidence of previous flooding?
 3         A.   Because there was a water stain inside the
 4    trailer above that mark, and then there was what
 5    appeared to be water damage in that area.
 6         Q.   Were you able to tell how long that water
 7    stain had been there?
 8         A.   I have no ability to date that water stain.
 9    It was just clear that -- when I found the crosscut,
10    I started looking for evidence of whatever may have
11    precipitated that type of repair method; and that's
12    when I found the water stains.
13         Q.   When you saw those crosscuts in the
14    undercarriage, did you contact San Angelo RVs?
15         A.   No, because it was clear what I was doing
16    at the time was their maintenance practices.
17                    Now, I discussed all this with them
18    when I dropped it off; but it was beside the point at
19    that point.
20         Q.   The sixth point on your list, "All edge
21    roof seals deteriorated including sides," when did
22    you first notice that?
23         A.   I noticed that when I got on top of the
24    trailer.  At the RV park we had to take a closer look
25    at the trailer with a fellow RVer, person who lived
```



Page 33

1    in another -- or not lived but was staying in an RV

2    adjacent to ours that had a lot more experience with

3    this kind of thing.

4         Q.   Which RV park did you have the trailer at?

5         A.   I have that written down somewhere.  Spring

6    Creek Marina and RV Park.

7         Q.   When you noticed that the edge roof seals

8    were deteriorated, did you contact San Angelo RVs?

9         A.   I believe I mentioned it to them verbally

10   when I dropped it off, but when it became clear that

11   this was an RV that was not in new condition as I had

12   assumed based on their statements and my initial look

13   at it I started taking pictures and writing things

14   down before I dropped it off because I didn't know

15   which way it would go at that point.

16              But I was not -- it was clear that I

17   needed to start documenting this.

18        Q.   When did it first become clear that this RV

19   was not in new condition as you just testified?

20        A.   After probably the third water leak in the

21   same location, and then over that period I also had

22   been noticing this list of things that you have

23   before you.

24              When this list accumulated as well as

25   the overall demeanor and manner of the San Angelo RVs



Page 34

1    attempting to fix things, it was clear that it was

2    not in new condition.

3        Q.   What was it about the San Angelo's people's

4    demeanor?

5        A.   I think it was just the posture and tone

6    change when I started talking about a refund.

7        Q.   So, how did San Angelo RV respond when you

8    started talking about a refund?

9        A.   It was impossible.  They offered to trade

10   it off for another RV on the lot at some time later,

11   and I don't think they offered the -- yeah, they

12   didn't offer to trade off our RV for another on the

13   lot immediately.

14            That wasn't until they received the

15   letter you have before you.  At that point they were

16   just offering to do the maintenance required to make

17   it like new, but it was clear that that wasn't going

18   to happen in the manner in which I would have

19   expected or any reasonable person would have

20   expected.

21       Q.   So, is it safe to say that the remaining

22   items on your list -- the rust on frame, the faulty

23   electrical outlets, the trim on ceiling interior

24   falling or coming undone throughout the trailer, wood

25   trim in various areas of the trailer coming undone,



Page 35

1    and tank sensor panel misrepresents status of tanks

2    -- that all of those items were discovered after the

3    third water leak?

4        A.   No.   They were discovered probably between

5    the second and third and also after the third water

6    leak, over that continuum of time.

7                The tank sensor panel was something

8    that the maintenance personnel attempted to fix as

9    well, but it continued to be faulty.

10       Q.   Let me ask you this way:  So, you told me

11   that you did not tell San Angelo RVs about the edge

12   roof seals deteriorating until you dropped it off,

13   right?

14       A.   I mentioned it specifically at that point

15   in time.  I believe I had mentioned it to the

16   maintenance personnel on a previous visit.

17                The comment -- the response was just

18   that that's something that needs to be replaced.

19   That's a regular wear and tear maintenance item which

20   I didn't respond to.

21                I was kind of surprised to hear that

22   because it was supposed to be in new condition.

23       Q.   Well, the last five items on this

24   correspondence starting at rust on frame, did you

25   make San Angelo RVs aware of that upon noticing those



Page 36

1    issues?

2          A.    Let's see.  Yes.

3          Q.    For each of those items, did San Angelo RV

4    try to come out and fix it?

5          A.    Okay.  So, Nadine, I don't think there is

6    any way we're going to get around going through these

7    line by line because I think it's going to be a gross

8    overstatement if we try to put everything together.

9                The rust on the frame and the LP gas

10   pipe frame rust was something that the folks said had

11   some inherent failures that happens.  That's nothing

12   that anybody can do anything about.

13               The faulty electrical outlets, I

14   mentioned it to maintenance personnel when they were

15   trying to fix the leaks.  However, they said that

16   that was something that was a step by step process.

17               You had to fix the leaks if the leaks

18   had anything to do with it.  They did not believe

19   that I had any leaks, but later they said that it had

20   something to do with the front underbelly flooding.

21         Q.    Hold on.  Mr. Furman, hold on.  Sorry.

22   There was a lot of feedback.  I'm not quite

23   understanding what you're saying.

24               I'm not sure if the court reporter is

25   having the same issue.  I wanted to try to do this as



Page 37

1  fast as we possibly could but let me just go through

2  each item then and we will just go down the list.

3               If you need to take a break for any

4  reason, we can do that too.  We have been going about

5  an hour.

6       A.   No.  I think we're okay as long as you guys

7  can hear me.

8       Q.   Yeah.  Maybe just also slow down which

9  would help us.

10      A.   Okay.

11      Q.   All right.  So, the rust on frame, when did

12  you first notice that?

13      A.   I don't recall specifically, but it was

14  while I was at the Spring Creek Park.

15      Q.   When you noticed the rust on frame, did you

16  contact San Angelo RVs?

17      A.   I think I contacted San Angelo RV about

18  that and several other issues at the same time, not

19  specifically for that issue.

20      Q.   What other issues did you speak to San

21  Angelo RVs about when you mentioned the rust on

22  frame?

23      A.   I don't recall specifically.  It was the

24  items on this list as well.

25      Q.   When you contacted San Angelo RVs to advise



Page 38

1    them of these issues, were you -- in what way did you

2    contact them?

3                 Was it telephone, text messages,

4    e-mails?  How did you reach out to them?

5         A.   Telephone.

6         Q.   Was it telephone every single time?

7         A.   I believe so.

8         Q.   And if I understand what you testified to

9    earlier when you contacted San Angelo RVs about the

10   rust on the frame they told you that that's just

11   inherent in trailers; is that correct?  Is that

12   correct?

13        A.   Yes.

14        Q.   And that there would be nothing that they

15   could do to fix that; is that correct?

16        A.   Correct.

17        Q.   Okay.  The faulty electrical outlets in the

18   kitchen and the main living space, when did you first

19   notice issues with these electrical outlets?

20        A.   Around the same time.

21        Q.   And did you make San Angelo RVs aware of

22   these issues?

23        A.   Yes.

24        Q.   Did San Angelo RV attempt to remediate or

25   repair the faulty electrical outlets?



Page 39

```
 1        A.   Maintenance personnel looked at it, but
 2   they said they would have to mitigate the leak issues
 3   first.
 4        Q.   The trim on the ceiling interior falling or
 5   coming undone, when did you first notice that issue?
 6        A.   Around the same time period as the
 7   electrical outlets.
 8        Q.   Did you make San Angelo RVs aware of that
 9   issue?
10        A.   I believe so.
11        Q.   Do you have a specific recollection of
12   doing that or are you just assuming?
13        A.   I do recall mentioning it to them.  I'm not
14   quite sure when.
15        Q.   The correspondence on that item, trim on
16   ceiling interior falling, it states, "Not remedied
17   prior to sale as stated by dealer."  Was that --
18        A.   Oh, yes.
19        Q.   Mr. Furman, let me finish my question; and
20   then you can answer.  Okay?
21        A.   Yeah.
22        Q.   Is that something that was discussed with
23   San Angelo RVs prior to you purchasing it?
24        A.   Yes.  If I had listed another item that's
25   not on this list, that would have made the
```



Page 40

1    recollection much simpler.

2               So, there was a rear door to the RV

3    that appeared somebody had taken a crowbar to while

4    it was on the lot.

5               San Angelo RV said that they would

6    take care of that as well as the trim on the ceiling

7    which I gather is a fairly nominal checklist item

8    that you have when you purchase an RV.

9               They said they would take care of that

10   prior to purchasing it.  The door they said they

11   would have to order parts.  The trim on ceiling

12   wasn't fixed.

13              I didn't follow up with that because I

14   was inundated with other things to be fixed.

15        Q.   The wood trim in various areas of the

16   trailer coming undone, when did you notice that?

17        A.   I noticed it upon arrival at the RV park.

18        Q.   And what exactly did you observe?

19        A.   There's pictures you guys have if you would

20   like to review; but it's the trim on the edges of

21   certain walls, areas that seemed to be falling off or

22   coming apart.

23        Q.   Finally the last item on the list, "Tank

24   sensor panel misrepresents the status of the tanks,"

25   when did you first notice that?



Page 41

```
 1      A.   That was something we noticed when we

 2  started hooking up the RV, and that was something we

 3  -- that bullet or paragraph was something that was

 4  illuminated in a few days as we tried to use the

 5  trailer, wash the gray water, and flush the tanks

 6  periodically.

 7            The sensor, I couldn't quite figure

 8  out what was going on until we were -- the control

 9  over a few days, all this while I was kind of

10  continuing to work.

11      Q.   All this time when what?

12      A.   I guess the reason it kind of stretched out

13  over a few days is because I was also trying to

14  continue working during this period.

15      Q.   You're not making any sort of claim for

16  lost wages in this lawsuit, are you?

17      A.   No.  The lost wages is not something that's

18  specific that I would put a claim on although it did

19  affect me at my job, my efficiency.

20            MS. WEATHERALL:  I will object to

21  everything after "no" as nonresponsive.

22      A.   I don't see how that's relevant.  All

23  right.  Let's continue.

24      Q.   (By Ms. Weatherall)  Did you make San

25  Angelo RVs aware of the tank sensor issues?
```



Page 42

```
 1        A.    Yes.
 2        Q.    Did they attempt to fix it or remediate it?
 3        A.    Not while it was -- they did not fix it
 4   while it was at the RV park.
 5              They attempted to do the same controls
 6   and manipulations I was doing while I was at the RV
 7   park.
 8        Q.    When you left the trailer on my client's
 9   lot, did you do that with their permission?
10        A.    Yes.  Their maintenance personnel came and
11   picked it up.
12        Q.    So, a San Angelo RV maintenance person
13   picks up the trailer from the RV park where it was?
14        A.    Correct.
15        Q.    So, when you say you dropped it off what do
16   you mean by that?
17        A.    I got in my car and went with them to San
18   Angelo RVs as they brought it back and dropped it
19   off, dropped it off being sort of a pejorative term.
20        Q.    So, who currently has the keys to this RV?
21        A.    San Angelo RV.
22        Q.    Do you have the keys?  Do you have any key
23   for this trailer?
24        A.    Not on my person.
25        Q.    Is it your understanding that this trailer
```



Page 43

1    is still at the San Angelo RVs' lot?

2         A.   Yes, that is my understanding.

3         Q.   Since quote, unquote, "dropping it off" in

4    late December of 2018, have you moved it at all?

5         A.   No.

6         Q.   Do you have any plans to remove it?

7         A.   I think this issue needs to be resolved

8    before anybody moves it, but it's in the care of San

9    Angelo RV at this time.

10        Q.   When you were noticing these issues with

11   the RV as listed on this correspondence dated January

12   the 30th, 2019, at any time did you contact anyone

13   other than San Angelo RVs to come inspect it or

14   repair it?

15        A.   No.

16        Q.   Any reason why not?

17        A.   Not particularly.  Do you mind if just take

18   about five minutes here?  I need to refill my coffee.

19        Q.   Let's do it.

20             (13-minute recess taken)

21        Q.   (By Ms. Weatherall)  Mr. Furman, we just

22   took a short break.  Are you ready to proceed?

23        A.   I am.

24        Q.   And do you understand that you're still

25   under oath?



Page 44

1      A.    Yes.

2      Q.    Just as a housekeeping matter I'm going to

3  go ahead and mark to your deposition Exhibit Number 2

4  which is the buyer's order dated December 4th of

5  2018.

6                   (Deposition Exhibit Number 2 marked

7                   for identification)

8      Q.    (By Ms. Weatherall)  All right.  Prior to

9  the break we were talking about the list of items on

10  Exhibit Number 1, your correspondence to San Angelo

11  RVs.

12                   Are there any other items that are not

13  contained on that list or that we haven't already

14  talked about that were issues that you had with this

15  trailer?

16      A.    The one I did not list I think out of

17  fairness to San Angelo RV because they pointed it out

18  and said they could fix it was the rear hatch as I

19  mentioned previously that looked like somebody had

20  taken a crowbar to it on the lot.

21                   And -- yeah.  No other issues beyond

22  that.  I didn't list that because it was something I

23  was promised would order parts and get fixed.

24      Q.    All right.  Again, other than calling San

25  Angelo RVs when you were noticing these issues you



Page 45

1    did not call any other repair person to try to fix

2    these alleged issues; is that correct?

3         A.   That's correct.  With a newly purchased RV

4    like that, there is no reason to.

5         Q.   Since purchasing this trailer have you had

6    it appraised by anyone?

7         A.   No.

8         Q.   Other than --

9         A.   Go ahead.  Sorry.

10        Q.   Other than your allegation that San Angelo

11   RVs represented that this trailer was new and in

12   pristine condition and you're claiming it was not,

13   are you making any other claims against San Angelo

14   RVs?

15                  MR. TEMPLETON:  Objection.  Form.  You

16   can answer.  I just have to object for the record.

17   Go ahead.

18        Q.   (By Ms. Weatherall)  Mr. Furman, you can

19   answer.

20        A.   I'm not sure I understand what Scott said.

21                  MR. TEMPLETON:  I said objection.

22   Form.  Just as a follow-up only to the extent it

23   involves legal claims that are in the lawsuit filed

24   by my client.  Yeah, Jason, just answer as best you

25   can.



Page 46

1     A.   Okay.  So, I believe the -- was it

2 allegations or claims?  I'm sorry.  You will have to

3 repeat the question.

4     Q.   (By Ms. Weatherall)  Let me try again.

5     A.   Yeah.

6     Q.   What allegations -- let me strike that.

7 What are you saying my client did or failed to do to

8 cause you damages in this lawsuit?

9     A.   I think you hit on the primary one, selling

10 it as -- selling it representing it as a new pristine

11 product not being as such.

12              The damages were compounded by the

13 faulty maintenance from there.

14     Q.   Sorry.  You cut out.  The damages were

15 compounded by what?

16     A.   Compounded by the faulty maintenance, but I

17 think the primary issue here was that it was not new

18 as represented.

19              And then any other -- I'm jumping

20 tracks on categories here, but any other damages or

21 anything like that are covered in the letter of

22 January 30th we referenced.

23     Q.   I'm going to share my screen back to

24 Exhibit 1.

25     A.   Okay.



1      Q.   So, are the damages that you're seeking in

2   this lawsuit, is that amount what's listed in this

3   correspondence, $69,398.37?

4                MR. TEMPLETON:  Objection.  Form.

5                THE WITNESS:  What?  Objection?

6                MR. TEMPLETON:  You can answer.  I

7   just have to object for the record.  Go ahead.

8      Q.   (By Ms. Weatherall)  Let me try it another

9   way.  How much money are you seeking in this lawsuit?

10     A.   Well, we have laid out what we want.  Scott

11  is my lawyer.  I'm represented in the lawsuit.  That

12  number I guess in the end will be decided by a jury.

13     Q.   Are you aware of anyone at San Angelo RVs

14  intentionally trying to conceal anything from you?

15     A.   That would be implying -- I'm not sure I

16  can answer that question.

17                I am not immediately aware of anyone

18  intentionally trying to conceal something, but I also

19  understand their intent.

20     Q.   Well, do you have any personal knowledge or

21  evidence to say that San Angelo knew that they were

22  selling you anything but a new trailer?

23     A.   Other than the trailer itself and the

24  condition it was in, no.

25     Q.   Are you aware of any evidence or knowledge



Page 48

1    to say that San Angelo RVs intentionally tried to

2    deceive you to sell you this trailer?

3         A.   No.

4         Q.   Are there any other conversations that you

5    had with San Angelo RVs that you specifically recall

6    that we have not already talked about?  Is that a

7    "no"?

8         A.   No.

9         Q.   Sorry.  I'm not getting any audio.  Is that

10   a "no"?

11        A.   That is a "no."

12        Q.   Thank you.

13        A.   Yeah.

14        Q.   I could see you were saying no, but we have

15   got to get it for the record.

16        A.   I understand.

17        Q.   Upon purchasing this trailer, did you and

18   your family move into it to live in it?

19        A.   No.  It was just a temporary arrangement.

20   We lived in a hotel.

21        Q.   But when all of these issues were arising

22   were you and your family living in the RV?

23        A.   Can you define living in the RV?

24        Q.   Were you residing in it?  Were you staying

25   overnight in it?



Page 49

1        A.    We were staying overnight in it, yes.

2        Q.    Did you pay for any -- I know you told me

3    about some of the repairs.  Did you pay for any of

4    the repairs that were performed by San Angelo RVs?

5        A.    No.

6        Q.    Are you seeking attorney's fees in this

7    lawsuit?

8                    MR. TEMPLETON:  Objection.  Form.

9                    THE WITNESS:  What's that?

10                   MR. TEMPLETON:  Go ahead.

11       A.    I will defer to the letter submitted

12    January 30th.

13       Q.    (By Ms. Weatherall)  Let me ask you this:

14    Do you have a written agreement with your attorney

15    regarding his fees?

16       A.    I have a written agreement with my

17    attorney.  I don't see how that's part of this.

18       Q.    Okay.  Well, I'm entitled to the question.

19    Unless your attorney tells you not to answer, you

20    need to answer my question.  So, is that a "yes"?

21                   Do you have an agreement with him?

22       A.    Yes, I do.

23       Q.    And is the agreement -- do you have a

24    contingency contract or agreement with your attorney

25    or are you paying your attorney hourly?



Page 50

1                    MR. TEMPLETON:  Objection.  Form.  You

2     can answer.

3                    THE WITNESS:  I can answer?

4                    MR. TEMPLETON:  You can, yes.

5          A.   Okay.  Sorry.  I believe contingency would

6     be the term.

7          Q.   (By Ms. Weatherall)  Okay.  So, you have

8     not paid your attorney any amount to date; is that

9     correct?

10         A.   Correct.

11         Q.   Since purchasing this trailer have you

12     attempted to sell it?

13         A.   No.

14         Q.   Any reason why not?

15         A.   It's in the care of San Angelo RV.  They

16     have the keys.

17         Q.   When you contacted San Angelo RV to come

18     pick up the trailer from the RV park, did they

19     voluntarily agree to do that?

20         A.   You have got a lot wrapped into that

21     question.  So, I will answer parts of it.  They

22     agreed to pick it up.

23                    I feel I was very sincere in

24     convincing of the state of the trailer on that phone

25     call which led to them coming to pick it up.



1      Q.   So, they came and picked it up.  Was there

2   some sort of understanding for how long the trailer

3   would be sitting on their lot?

4      A.   No.

5      Q.   At any time after they took it, have they

6   contacted you to request that you remove it from

7   their lot?

8      A.   Not to my knowledge.

9           MR. TEMPLETON:  I'm sorry.  I didn't

10   hear that answer.

11          THE WITNESS:  None to my knowledge.

12      Q.   (By Ms. Weatherall)  When you asked San

13   Angelo RVs to pick up the RV, who did you speak to?

14      A.   I can't recall who answered the phone.  I

15   believe it might have been Mack, but that's just

16   conjecture.

17      Q.   Do you know how much the trailer is

18   currently worth?

19      A.   No, I don't.

20      Q.   Do you have the knowledge or expertise to

21   dispute any appraisal that has been done on the

22   trailer to date?

23      A.   No.  If I needed to dispute an appraisal

24   done on the trailer, I would probably call an expert.

25      Q.   In other words, you're not an appraisal



Page 52

1    expert; is that correct?

2         A.   That's correct.

3              MS. WEATHERALL:  Mr. Furman, I may

4    have some additional questions for you; but at this

5    time I'm going to pass the witness.

6              THE WITNESS:  Sure.

7                   EXAMINATION

8    BY MR. LOWMAN:

9         Q.   Mr. Furman, my name is Chris Lowman; and I

10   represent Heartland in this case.

11        A.   Okay.

12        Q.   I have got a few follow-up questions for

13   you.  Ms. Weatherall has kind of stolen most of my

14   thunder.  So, I'm going to jump around here.

15        A.   Yes, Chris.

16        Q.   So, my understanding is that you paid cash

17   for the RV.  Is that accurate?

18        A.   That's accurate.

19        Q.   So, you have never made any monthly

20   payments.  You paid straight cash?

21        A.   Correct.

22        Q.   Have you since financed the unit or do you

23   still own it free and clear?

24        A.   Free and clear to my understanding.

25        Q.   All right.  I'm curious.  How did you make



Page 53

1    your way from Austin to San Angelo to buy this unit?

2         A.   I was stationed in San Angelo at the time

3    with the military.

4         Q.   Okay.  On the purchase agreement I think it

5    showed an Austin address for you and your family.

6    Did you reside there at some point?

7         A.   So, I did at some point.  The way it works

8    in the military is that you have a home of record;

9    and that is the address you use for most official

10   correspondence, mailing address and all those sorts

11   of things.

12               So, that is kind of the center point

13   address for me as I bounce all over the world.

14        Q.   Okay.  I got you.  That leads to my next

15   question.  What branch of the military are you in,

16   sir?

17        A.   United States Marine Corps.

18        Q.   And how long have you been in the Marine

19   Corps?

20        A.   10 years.

21        Q.   What are your specific job duties in Seoul,

22   South Korea?

23        A.   In Seoul I'm responsible for strategic

24   planning, the plans that you hope you don't have to

25   use and sleep well at night without.



Page 54

1        Q.   All right.  And what is your current rank
2   in the Marine Corps?
3        A.   It's 04 or major.
4        Q.   All right.  How long have you been
5   stationed in Seoul?
6        A.   A little over a year.
7        Q.   What was your prior post before that?
8        A.   It was in Camp Pendleton, California just
9   north of San Diego.
10       Q.   Is Seoul your first overseas deployment?
11       A.   No.  It's the second duty station overseas.
12       Q.   What was your other duty station overseas?
13       A.   Okinawa, Japan.
14       Q.   How long were you in Okinawa?
15       A.   Just short of three years.
16       Q.   I would like to just briefly cover your
17   education and work history.  Where did you go to high
18   school?
19       A.   Westlake High School in Austin, Texas.
20       Q.   All right.  What year did you graduate
21   there?
22       A.   '03.
23       Q.   Did you go to college?
24       A.   I did.
25       Q.   Where did you go to college?



Page 55

```
 1        A.   A little place called Covenant College in
 2   North Georgia.
 3        Q.   Did you graduate from Covenant?
 4        A.   I did in '09.
 5        Q.   And did you join the Marine Corps at that
 6   time or did you work for a while?
 7        A.   I did this and that for a little while,
 8   worked for a congressman, did some other jobs, a
 9   director, and then decided to jump into the Marine
10   Corps.
11        Q.   What congressman did you work for?
12        A.   Lloyd Doggett out of Austin.
13        Q.   Sure.  How long did you work for
14   Congressman Doggett?
15        A.   I think they were kind enough to keep me on
16   the rolls for six or nine months.
17        Q.   What did you do for the congressman?
18        A.   This and that as you can probably guess as
19   a staffer.
20        Q.   Were you in DC or were you in Austin?
21        A.   Both.  Mostly Austin.
22        Q.   All right.  Have we covered all your major
23   employment and education?
24        A.   Yeah.  You don't want to hear about high
25   school.  So, yes, I believe so.
```



Page 56

1        Q.    Prior to purchasing the 2018 Heartland RV
2    that's at issue in this lawsuit, had you ever owned
3    an RV before?
4        A.    No, I had never owned one.  I had used one
5    before but not to any expertise.  Just out of the
6    goodness of someone else's heart.
7        Q.    Tell me about your use of RVs even though
8    you didn't own one.
9        A.    Sure.  I don't know how big it was.  25
10   feet sounds right.  It's a little smaller than the
11   one we're talking about and I had only two kids at
12   the time and we were -- we used that RV in lieu of a
13   hotel for about two or three weeks; and, yeah, it was
14   great.
15              We liked it enough to look at buying
16   an RV for ourselves.
17       Q.    Okay.  So, that was kind of a test run?
18       A.    Yeah, feet in the water.  Of course, we
19   were spoiled because the person's RV we were using
20   was immaculately maintained.
21       Q.    Okay.  Do you recall what type of -- was it
22   a travel trailer or fifth wheel?  Any idea exactly
23   what it was?
24       A.    Brand, no.  Model, no; but it was a travel
25   trailer like a pull behind.


MAGNA
LEGAL SERVICES

Page 57

1      Q.   Okay.  I want to ask you about your

2   contacts with anybody at Heartland, my client.

3               I understand that you at one point

4   called -- was it a customer service line or who is it

5   that you called up at Heartland?

6      A.   I think I got through to the customer

7   service line and asked to be put through to somebody

8   in maintenance who could speak to maintenance

9   practices, and eventually they gave me somebody I

10  could talk to.

11              I asked them questions about standard

12  maintenance practices for a trailer, for Heartland

13  RVs specifically.  I didn't want to just ask any old

14  guy who called himself an expert.

15     Q.   Sure.

16     A.   I asked about authorized maintenance

17  methods.

18     Q.   Do you recall the name of the person that

19  you spoke with?

20     A.   Sorry.  I'm sure I have it written down

21  somewhere.  I would have to dig it out.

22     Q.   And do you recall about how long this

23  conversation lasted?

24     A.   The time on the phone was probably about 45

25  minutes to get to talk to somebody.  I talked to the



Page 58

1   maintenance person somewhere north of 20 and less

2   than 30.

3        Q.   Okay.  And did that person answer all your

4   questions and cover the maintenance questions that

5   you had about your RV?

6        A.   Yeah, from an academic standpoint.

7        Q.   Did you have any other contact with

8   Heartland other than that one phone conversation?

9        A.   No.  I had tried to reach out and talk to

10  Heartland a couple of times but failed.  Beyond that

11  actual substantive conversation, no.

12       Q.   Okay.  Let me ask you this:  Did you

13  consult the -- did you get an owner's manual when you

14  purchased the trailer?

15       A.   Gosh, I can't recall.  Yes, I believe so.

16  It kind of came with the trailer.

17       Q.   And did you refer to the maintenance

18  section in the owner's manual or was that -- did you

19  do that?

20       A.   Yes, I believe so.  I don't remember if the

21  manual was terribly helpful for the questions I was

22  asking.

23       Q.   And I think at that time Heartland also

24  published its owner's manual on its web site.  Do you

25  recall ever consulting a web site?



Page 59

```
 1        A.   Yes.   Okay.   Yeah.   So, I don't think I had

 2   a physical copy.   I just had the web PDF version.

 3             It obviously didn't tell me what the

 4   regular standard maintenance practices were.   It just

 5   talks about this and that and that sort of thing.

 6        Q.   Okay.   So, you consulted that and then

 7   wanted more information; and that's when you

 8   contacted Heartland on the phone.   Is that an

 9   accurate statement?

10        A.   Yes.

11        Q.   Okay.   Other than that one phone contact,

12   no other contact with any Heartland personnel?

13        A.   No.

14        Q.   That's a "no"?

15        A.   No.

16        Q.   Okay.   I believe Ms. Weatherall asked you a

17   question about living in the RV versus staying

18   overnight in the RV.

19             I think your answer was you had not

20   lived in it, but you had stayed overnight in it.   Is

21   that accurate?

22        A.   That's accurate.

23        Q.   So, when you stayed overnight was it like

24   for recreational camping or were you living in it

25   temporarily or how would you characterize your use of
```



Page 60

1    the trailer?

2         A.    At the time I would call it recreational

3    camping since the easy option I guess would have been

4    to grab a hotel, but I think we were kind of tired of

5    hotels.  As a military man you spend a lot of time in

6    hotels.

7         Q.    Sure.

8         A.    I would say that was a recreational option

9    to spend your time in a temporary location with plans

10   to frankly use it for trips in the future.

11        Q.    Okay.  What was the most number of

12   consecutive nights that you and your family spent in

13   the trailer before you turned it back in?

14        A.    That would have been two weeks maybe,

15   somewhere around there.

16        Q.    Was it in the state parks or do you recall

17   the location you would have been on?

18        A.    No.  As I mentioned to the other counselor,

19   it was called Spring Creek RV or Spring Creek Marina

20   and RV Park in San Angelo, Texas.

21        Q.    Okay.

22        A.    It was not a state park.  It was adjacent

23   to a state park, but it was a private RV park.

24        Q.    Okay.  And I was a little fuzzy on the

25   dates that -- and you may have said it in response to



Page 61

1    Ms. Weatherall.

2                     What was the date that the San Angelo

3    RV came and picked up your trailer?

4         A.   I don't have the exact date.  Let's see.

5    That would have been mid December somewhere between

6    the 17th and the 20th.

7         Q.   That would have been December of 2018; is

8    that right?

9         A.   Correct.

10        Q.   That's correct?

11        A.   Yeah.  I really don't know exactly the date

12   because when it was clear that the maintenance

13   issues -- I kept on -- when I took a very close look

14   and made a long list of maintenance issues, it became

15   clear it would do more harm than good staying in that

16   RV.

17                    So, we actually stopped sleeping in

18   the RV.  My family stopped sleeping in the RV before

19   San Angelo RV came and picked it up or before we

20   could arrange for them to come pick it up.

21                    So, somewhere in the latter half of

22   that month.  I can't tell you exactly when that was.

23        Q.   Okay.  So, to summarize you were in

24   possession of the RV for less than 30 days before San

25   Angelo RV came and picked it up?



Page 62

```
 1        A.   Right.

 2        Q.   And since that time it's been out of your

 3   possession and solely in the possession of San Angelo

 4   RV?

 5        A.   Correct.

 6        Q.   Okay.  The expert report that San Angelo RV

 7   prepared and I believe furnished to your counsel

 8   indicates that there has been some hail damage to the

 9   trailer.  Were you aware of that?

10        A.   My attorney made me aware of it recently on

11   a phone call.  He said there has been a hail storm in

12   San Angelo at some point, but I have not seen it

13   myself.

14        Q.   Do you have any knowledge on the

15   circumstances when the storm was or anything like

16   that or the extent of the damage or what exactly was

17   damaged on the RV?

18        A.   No.

19        Q.   Were you contacted by anyone at San Angelo

20   RV about the storm saying, "Hey, your trailer has

21   been damaged"?

22        A.   The first I heard was from my attorney.

23        Q.   I'm sorry.  I didn't catch the answer.

24        A.   The first I heard from it was by my

25   attorney.  I was not contacted by San Angelo RV.
```



Page 63

1      Q.   Okay.  Ms. Weatherall asked you if you had
2   a contract with your lawyer, and you answered that
3   you did have a contingent fee contract.
4                What percentage attorney's fees does
5   Mr. Templeton get for representing you?  Do you
6   recall?
7      A.   Gosh, I don't have a copy of the contract
8   in front of me.  I wouldn't want to hazard to guess
9   with you.
10     Q.   Do you recall if it's a third or 40 percent
11  or some other percentage?  Anything stand out in your
12  mind?
13     A.   40 percent stands out, but I think there is
14  a difference.  You guys speak this language more than
15  I do.  I think it's a difference between whether we
16  are able to settle out of court or we actually go to
17  trial.
18     Q.   Okay.  All right.  Have you understood all
19  my questions here today, sir?
20     A.   Yes.
21     Q.   Answered them truthfully and honestly and
22  to the best of your ability?
23     A.   Absolutely.
24     Q.   Very good.  Thank you for your time.
25     A.   Thanks, Chris.



```
 1                    EXAMINATION
 2   BY MS. WEATHERALL:
 3        Q.   Mr. Furman, I just have a couple of
 4   follow-ups.
 5        A.   Great.
 6        Q.   Approximately how many times did San Angelo
 7   RVs come out to do any repairs on that trailer?
 8        A.   Four to six times and then also picking it
 9   up.
10        Q.   And when was the last time that you had any
11   communication with anyone at San Angelo RVs?
12        A.   January, 2020 to the best of my knowledge.
13   Not 2020.  I mean 2019.  Sorry.  I'm jumping years
14   here.
15        Q.   Have you understood all my questions?
16        A.   Yes.  Anything else?
17        Q.   If you did not understand my questions, did
18   you let me know that?
19        A.   Yeah.
20             MS. WEATHERALL:  I appreciate your
21   time.  I pass the witness.
22             MR. TEMPLETON:  Do you have any more,
23   Chris?
24             MR. LOWMAN:  I don't.
25             MR. TEMPLETON:  Okay.  We will reserve
```



Page 65

1    our questions for trial.  Thanks, everybody.

2                    MS. WEATHERALL:  Thanks, y'all.

3                    (Whereupon this deposition was

4                    concluded)

5

6                        - - - - -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 66

1                    CHANGES AND SIGNATURE

2    WITNESS: JASON FURMAN          DATE OF DEPO: 12-10-21

3    PAGE      LINE      CHANGE        REASON

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____



```
 1        I, JASON FURMAN, have read the foregoing

 2    deposition and hereby affix my signature that same is

 3    true and correct, except as noted above.

 4

 5                            _____

                             JASON FURMAN

 6

 7    THE STATE OF TEXAS

 8    COUNTY OF _____

 9

10        Before me, _____, on this day

11    personally appeared JASON FURMAN, known to me (or

12    proved to me under oath or through _____)

13    (description of identity card or other document)) to

14    be the person whose name is subscribed to the

15    foregoing instrument and acknowledged to me that they

16    executed the same for the purposes and consideration

17    therein expressed.

18        Given under my hand and seal of office this

19    _____ day of _____, _____.

20

21                            _____

                             NOTARY PUBLIC IN AND FOR

22                           THE STATE OF TEXAS

23

24

25
```



Page 68

```
 1                    CAUSE NO. B190466C
 2    JASON and ERIN FURMAN   ) IN THE DISTRICT COURT
            Plaintiffs,       )
 3                            )
      v.                      )
 4                            ) 119th JUDICIAL DISTRICT
      SAN ANGELO RVs, INC. and )
 5    HEARTLAND RECREATIONAL   )
      VEHICLES, LLC           )
 6        Defendants.         ) TOM GREEN COUNTY, TEXAS
 7
                    REPORTER'S CERTIFICATION
 8                 DEPOSITION OF JASON FURMAN
                      December 10, 2021
 9
10        I, Clifton V. Smith, Certified Shorthand Reporter
11    in and for the State of Texas, hereby certify to the
12    following:
13        That the witness, JASON FURMAN, was duly sworn by
14    the officer and that the transcript of the oral
15    deposition is a true record of the testimony given by
16    the witness;
17        That the deposition transcript was submitted on
18    _____, to the witness or to the
19    attorney for the witness for examination, signature,
20    and return to me by _____;
21        That the amount of time used by each party at the
22    deposition is as follows:
23            Ms. Nadine Weatherall - 1 hrs., 27 minutes
24            Mr. Chris Lowman - 0 minutes
25            Mr. Scott Templeton - 16 minutes
```



Page 69

1        That pursuant to information given to the
2   deposition officer at the time said testimony was
3   taken, the following includes counsel for all parties
4   of record:
5                Mr. Chris Lowman, for Defendant
6                Ms. Nadine Weatherall, for Defendant
7                Mr. Scott Templeton, for Plaintiffs
8        I further certify that I am neither counsel for,
9   related to, nor employed by any of the parties or
10  attorneys in the action in which this proceeding was
11  taken, and further that I am not financially or
12  otherwise interested in the outcome of the action.
13       Further certification requirements pursuant to
14  Rule 203 of TRCP will be certified to after they have
15  occurred.
16       Certified to by me this _____ day of
17  _____, 2021.
18
19
20  _Clifton V. Smith_____
    Clifton V. Smith, Texas CSR 2657
21  Expiration Date:  8\31\23
    Coastal Reporting
22  1122 County Road 344
    Lexington, Texas 78947-5223
23  713-224-1659
    Firm No. 58
24  Job No. 21-1607
25



1      The original deposition was/was not returned to
2   the deposition officer on _____.
3      If returned, the attached Changes and Signature
4   page contains any changes and the reasons therefor;
5      If returned, the original deposition was
6   delivered to Ms. Nadine Weatherall, Custodial
7   Attorney;
8      That $_____ is the deposition officer's
9   charges to the Defendant for preparing the original
10   deposition transcript and any copies of exhibits;
11      That the deposition was delivered in accordance
12   with Rule 203.3, and that a copy of this certificate
13   was served on all parties shown herein on and filed
14   with the Clerk.
15      Certified to by me this _____ day of
16   _____, 2021.
17
18
19   _____
     Clifton V. Smith, Texas CSR 2657
20   Expiration Date:  8\31\23
     Coastal Reporting
21   1122 County Road 344
     Lexington, Texas 78947-5223
22   713-224-1659
     Firm No. 58
23   Job No. 21-1607
24
25



## A

Abe 2:6
ability 21:1 32:8
  63:22
able 32:6 63:16
above-styled 1:16
Absolutely 63:23
academic 58:6
accompany 17:8
accumulated 33:24
accurate 12:9
  52:17,18 59:9,21
  59:22
acknowledged
  10:15 67:15
action 69:10,12
actual 58:11
additional 52:4
address 7:24 8:2,5
  53:5,9,10,13
adjacent 33:2
  60:22
advertised 26:2
advise 25:19 37:25
aesthetic 17:19
affect 41:19
affix 67:2
ages 5:23
ago 16:19
agree 50:19
agreed 50:22
agreement 12:17
  49:14,16,21,23,24
  53:4
ahead 7:4 9:23
  18:13 29:1 44:3
  45:9,17 47:7
  49:10
allegation 45:10
allegations 46:2,6
alleged 45:2
Allen 2:21
amenities 17:25
amount 12:10,12
  15:23 31:6 47:2

50:8 68:21
analysis 20:23
ancient 10:20
Angelo 1:4 2:7,10
  4:14 9:2 10:6
  11:20 12:25 13:8
  13:19 14:7,13,22
  15:1,6 16:1 17:7
  17:11 18:2 19:3
  20:15,20 21:20
  23:19 24:9,17
  25:14,15,17,18,19
  26:4,6,10 27:3,8
  28:24 29:1,3,9,18
  30:6,14 31:3,9,13
  31:19 32:14 33:8
  33:25 34:7 35:11
  35:25 36:3 37:16
  37:17,21,25 38:9
  38:21,24 39:8,23
  40:5 41:25 42:12
  42:18,21 43:1,9
  43:13 44:10,17,25
  45:10,13 47:13,21
  48:1,5 49:4 50:15
  50:17 51:13 53:1
  53:2 60:20 61:2
  61:19,25 62:3,6
  62:12,19,25 64:6
  64:11 68:4
Angelo's 34:3
answer 39:20 45:16
  45:19,24 47:6,16
  49:19,20 50:2,3
  50:21 51:10 58:3
  59:19 62:23
answered 51:14
  63:2,21
Antonio 7:2
anybody 20:22
  36:12 43:8 57:2
apart 40:22
apparent 27:1
Apparently 22:5
APPEARANCES
  3:2

appeared 32:5 40:3
  67:11
appraisal 10:22
  51:21,23,25
appraised 45:6
appreciate 64:20
appropriate 28:12
Approximately
  64:6
area 13:19 26:24,25
  32:5
areas 34:25 40:15
  40:21
arising 48:21
arrange 61:20
arrangement 48:19
arrested 7:14
arrival 40:17
asked 19:10 28:3
  28:11 51:12 57:7
  57:11,16 59:16
  63:1
asking 5:2 16:16
  26:22 58:22
aspects 17:19
assist 20:15
assume 15:23
assumed 33:12
assuming 27:7
  39:12
assured 18:24
  20:24
attached 1:24 70:3
attempt 27:13
  29:24 38:24 42:2
attempted 26:18
  27:11,12 30:13
  35:8 42:5 50:12
attempting 34:1
attorney 2:4,10,18
  8:22 49:14,17,19
  49:24,25 50:8
  62:10,22,25 68:19
  70:7
attorneys 69:10
attorney's 49:6

63:4
audio 48:9
RED 5:24
ACT ACT 5:25
Austin 53:1,5 54:19
  55:12,20,21
authorized 57:16
aware 30:25 35:25
  38:21 39:8 41:25
  47:13,17,25 62:9
  62:10
awhile 9:9
A-P-P-E-A-R-A-...
  2:1
a.m 1:18,18

## B

B 3:9 30:13
back 11:10 27:16
  42:18 46:23 60:13
background 7:19
Balido 2:13
based 29:23,24
  30:5 33:12
Bear 9:8
bedroom 25:11
believe 5:17 7:2
  10:12 11:25 13:2
  14:19 15:2 19:4
  19:10 21:7 23:14
  25:8 31:16 33:9
  35:15 36:18 38:7
  39:10 46:1 50:5
  51:15 55:25 58:15
  58:20 59:16 62:7
best 12:15 21:1
  45:24 63:22 64:12
Bexar 7:5
beyond 44:21 58:10
BH 11:3
big 56:9
Bighorn 11:2,19
birth 5:9
bit 18:7
black 22:5,19
bottom 12:16

bought 13:16
bounce 53:13
Box 2:7
branch 53:15
brand 14:4 18:19
  18:22,23 19:1,7
  20:2 23:19 56:24
break 37:3 43:22
  44:9
briefly 54:16
bringing 17:18
broke 29:17
brought 42:18
budget 15:18,20,24
building 18:8
built 31:7
bulge 31:6
bullet 25:1 41:3
business 29:25 30:6
buy 14:25 19:25
  53:1
buyer's 3:12 12:7
  44:4
buying 18:11 21:2
  56:15
B190466C 1:1 68:1

## C

California 54:8
call 27:16 28:16
  45:1 50:25 51:24
  60:2 62:11
called 4:2 13:3,5
  25:14,15,19 27:8
  27:20,23 28:9
  55:1 57:4,5,14
  60:19
calling 44:24
Camp 54:8
camping 59:24
  60:3
car 17:10 18:10
  42:17
card 67:13
care 28:24 40:6,9
  43:8 50:15

**Carolina** 1:20 6:8
**cart** 17:16
**case** 52:10
**cash** 23:11 52:16,20
**catch** 22:22 62:23
**categories** 46:20
**cause** 1:1,17 46:8
    68:1
**ceiling** 34:23 39:4
    39:16 40:6,11
**center** 2:21 13:20
    53:12
**Central** 2:14
**certain** 17:19 29:15
    40:21
**certainly** 5:4
**certificate** 70:12
**certification** 68:7
    69:13
**certified** 10:19
    68:10 69:14,16
    70:15
**certify** 68:11 69:8
**change** 34:6 66:3
**changes** 66:1 70:3,4
**characterize** 59:25
**charge** 29:4
**charges** 70:9
**Charolette** 1:20
**check** 14:8 23:10
**checklist** 40:7
**children** 5:21
**Chris** 2:20 22:13
    52:9,15 63:25
    64:23 68:24 69:5
**circumstances**
    62:15
**Civil** 1:21
**claim** 24:19 28:19
    41:15,18
**claiming** 21:15
    45:12
**claims** 45:13,23
    46:2
**clarification** 16:16
**clear** 23:25 25:6

29:23 31:24 32:2
    32:9,15 33:10,16
    33:18 34:1,17
    52:23,24 61:12,15
**Clerk** 70:14
**client** 45:24 46:7
    57:2
**client's** 42:8
**Clifton** 1:18 68:10
    69:20 70:19
**close** 61:13
**closer** 32:24
**Coastal** 69:21
    70:20
**coffee** 43:18
**college** 54:23,25
    55:1
**color** 22:21
**combination** 15:3
**come** 13:14,16
    19:20 27:10 36:4
    43:13 50:17 61:20
    64:7
**coming** 29:3 34:24
    34:25 39:5 40:16
    40:22 50:25
**comment** 35:17
**communication**
    64:11
**compartment**
    25:10
**compounded** 46:12
    46:15,16
**conceal** 47:14,18
**concerned** 28:1
**concluded** 65:4
**condition** 18:16,23
    20:21 24:7,9
    33:11,19 34:2
    35:22 45:12 47:24
**confidence** 31:17
**congressman** 55:8
    55:11,14,17
**conjecture** 51:16
**connection** 7:19
**consecutive** 60:12

**consideration**
    67:16
**consult** 58:13
**consulted** 59:6
**consulting** 58:25
**contact** 32:14 33:8
    37:16 38:2 43:12
    58:7 59:11,12
**contacted** 37:17,25
    38:9 50:17 51:6
    59:8 62:19,25
**contacts** 57:2
**contained** 44:13
**contains** 70:4
**contingency** 49:24
    50:5
**contingent** 63:3
**continue** 41:14,23
**continued** 21:24
    35:9
**continuing** 41:10
**continuum** 35:6
**contract** 49:24 63:2
    63:3,7
**control** 41:8
**controls** 42:5
**conversation** 57:23
    58:8,11
**conversations**
    16:13 17:3 18:2
    28:23 48:4
**conveying** 17:4
**convicted** 7:21
**convincing** 50:24
**copies** 70:10
**copy** 9:18 11:15
    59:2 63:7 70:12
**corporate** 28:11
**Corps** 53:17,19
    54:2 55:5,10
**correct** 5:16 7:23
    8:9 11:3,4 24:21
    26:14,15 38:11,12
    38:15,16,42 14:14
    45:2,3 50:9,10
    52:1,2,21 61:9,10

62:5 67:3
**correctly** 26:3
**correspondence**
    3:11 8:14,19,20
    8:22,24 9:1,20,24
    10:5,11 21:19
    26:13 29:9 30:11
    31:24 35:24 39:15
    43:11 44:10 47:3
    53:10
**counsel** 62:7 69:3,8
**counselor** 60:18
**county** 1:6 6:25 7:4
    7:5 67:8 68:6
    69:22 70:21
**couple** 27:15 58:10
    64:3
**courier** 10:20
**course** 56:18
**court** 1:2 4:23
    36:24 63:16 68:2
**Covenant** 55:1,3
**cover** 54:16 58:4
**covered** 46:21
    55:22
**COVID** 7:8
**COVID-19** 1:22
**Crain** 2:13
**Creek** 33:6 37:14
    60:19,19
**crime** 7:21
**crosscut** 23:8 31:11
    32:9
**crosscuts** 21:20
    30:23 32:13
**crowbar** 40:3 44:20
**CSR** 1:18 69:20
    70:19
**curious** 52:25
**current** 7:24 54:1
**currently** 5:11 6:3
    6:7,9,11 8:5 11:7
    42:20 51:18
**Custodial** 70:6
**customer** 57:4,6
**cut** 28:5,8,14,14

31:10 46:14
**cutting** 12:22 28:11

**D**

**D** 3:1
**Dallas** 2:14,21
**damage** 28:2 32:5
    62:8,16
**damaged** 62:17,21
**damages** 46:8,12
    46:14,20 47:1
**Dana** 10:23
**date** 5:9 12:8 29:13
    32:8 50:8 51:22
    61:2,4,11 66:2
    69:21 70:20
**dated** 30:11 43:11
    44:4
**dates** 60:25
**daughter** 5:25 6:1
**day** 1:17 21:7 26:9
    67:10,19 69:16
    70:15
**days** 27:6,15 41:4,9
    41:13 61:24
**DC** 55:20
**dealer** 39:17
**dealing** 29:14
**deceive** 48:2
**December** 1:10,17
    11:24 12:9 25:4,4
    29:12 30:15 43:4
    44:4 61:5,7 68:8
**decide** 14:25 19:19
**decided** 47:12 55:9
**defective** 21:15
**Defendant** 1:15
    2:10,18 69:5,6
    70:9
**Defendants** 1:6
    68:6
**defer** 49:11
**define** 48:23
**delivered** 70:6,11
**demand** 9:14 29:7
    29:22



**demeanor** 29:25
33:25 34:4
**denied** 29:21
**department** 17:20
**deployment** 54:10
**depo** 30:12 66:2
**deposition** 1:8,14
4:18 8:11 9:21,24
10:2 11:17 44:3,6
65:3 67:2 68:8,15
68:17,22 69:2
70:1,2,5,8,10,11
**description** 3:10
67:13
**desire** 30:6
**detail** 16:18,18
**deteriorated** 22:24
32:21 33:8
**deteriorating** 35:12
**Diego** 54:9
**difference** 63:14,15
**different** 10:13,17
15:15 16:11 20:11
31:15
**dig** 57:21
**direction** 15:15
**directly** 9:4 28:20
**director** 55:9
**Disaster** 1:23
**discover** 26:16
**discovered** 35:2,4
**discuss** 18:5
**discussed** 29:19
32:17 39:22
**disguise** 22:6
**dispute** 6:20,21
7:10 51:21,23
**DISTRICT** 1:2,4
68:2,4
**document** 12:6
13:1 67:13
**documenting** 33:17
**documents** 8:10
**DOD** 6:19,19
**Doggett** 55:12,14
**doing** 4:21 17:13

20:23 23:15 29:25
30:6 32:15 39:12
42:6
**door** 40:2,10
**drafted** 29:22
**drain** 28:6
**driving** 17:15
**drop** 29:11
**dropped** 29:10,14
32:18 33:10,14
35:12 42:15,18,19
**dropping** 30:14
43:3
**dry** 27:25 28:7,9
**duct** 22:5,19,20
**duly** 1:15 4:2 68:13
**duties** 53:21
**duty** 54:11,12

**E**

**E** 3:1,9
**earlier** 38:9
**early** 11:24
**ears** 17:5
**easy** 60:3
**edge** 22:23 32:20
33:7 35:11
**edges** 40:20
**education** 54:17
55:23
**efficiency** 41:19
**eight** 14:20
**either** 7:19 28:5
**electrical** 34:23
36:13 38:17,19,25
39:7
**elements** 29:15
**else's** 56:6
**Emergency** 1:22
**employed** 6:3 69:9
**employment** 55:23
**entail** 16:8
**entitled** 49:18
**Erin** 1:2 5:14,15,18
17:7 19:7 68:2
**Erin's** 11:12 12:23

**eventually** 57:9
**everybody** 65:1
**evidence** 23:18
31:24 32:2,10
47:21,25
**exact** 8:1 24:9 61:4
**exactly** 31:17 40:18
56:22 61:11,22
62:16
**examination** 3:5,6
3:7 4:4 52:7 64:1
68:19
**examine** 25:21,24
**examined** 31:8
**exchange** 30:3
**exchanged** 31:20
**executed** 67:16
**Exhibit** 9:24 10:2
30:12 44:3,6,10
46:24
**exhibits** 70:10
**expected** 34:19,20
**experience** 18:11
33:2
**expert** 51:24 52:1
57:14 62:6
**expertise** 51:20
56:5
**Expiration** 69:21
70:20
**expressed** 67:17
**Expressway** 2:14
**extent** 45:22 62:16
**eyes** 17:5
**e-mail** 10:20,21
**e-mails** 38:4

**F**

**fact** 10:5
**failed** 46:7 58:10
**failure** 24:20
**failures** 36:11
**fairly** 40:7
**fairness** 44:17
**falling** 34:24 39:4
39:16 40:21

**family** 8:8 14:2
16:7,10 29:19
48:18,22 53:5
60:12 61:18
**fast** 37:1
**faulty** 34:22 35:9
36:13 38:17,25
46:13,16
**fee** 63:3
**feedback** 36:22
**feel** 50:23
**fees** 49:6,15 63:4
**feet** 56:10,18
**fellow** 32:25
**fifth** 11:3 22:4
30:22 31:23 56:22
**figure** 9:10 41:7
**filed** 4:15 45:23
70:13
**finally** 23:8 40:23
**financed** 52:22
**financially** 69:11
**finding** 24:1
**fine** 7:5 22:3
**finish** 39:19
**finished** 23:15
**Firm** 69:23 70:22
**first** 4:2 9:16 16:1,8
16:14,25 17:6,9
21:1 24:23,25
25:1,2,12 26:14
26:23 27:4,19
29:6 30:25 32:22
33:18 37:12 38:18
39:3,5 40:25
54:10 62:22,24
**fit** 13:22,23 19:22
**five** 6:1 35:23 43:18
**fix** 25:22 26:4,7,11
27:3,10,11,12,13
27:21,23 34:1
35:8 36:4,15,17
38:15 42:2,3
44:18 45:1
**fixed** 26:19 40:12
40:14 44:23

**flashlight** 23:7
**flooding** 31:25 32:2
36:20
**flush** 41:5
**folks** 28:24 36:10
**follow** 40:13
**following** 68:12
69:3
**follows** 4:3 68:22
**follow-up** 45:22
52:12
**follow-ups** 64:4
**foot** 21:20,21
**foregoing** 67:1,15
**Form** 45:15,22 47:4
49:8 50:1
**forward** 30:2
**Foss** 10:23
**found** 15:15 25:10
31:11 32:9,12
**four** 26:16 64:8
**fourth** 26:25
**frame** 23:3,21,22
26:9 34:22 35:24
36:9,10 37:11,15
37:22 38:10
**frankly** 60:10
**free** 52:23,24
**front** 4:22 36:20
63:8
**full** 4:6
**function** 17:25
**Furman** 1:2,9,14
3:4 4:1,8,9,12,13
5:14 9:12 12:4
22:17 36:21 39:19
43:21 45:18 52:3
52:9 64:3 66:2
67:1,5,11 68:2,8
68:13
**furnished** 10:24
62:7
**further** 69:8,11,13
**future** 60:10
**fuzzy** 60:24



**G**

gas 36:9
gather 40:7
general 26:24
  29:24
Georgia 55:2
getting 18:17 48:9
give 4:22 8:1,2,2
  13:15 20:23
given 4:18 67:18
  68:15 69:1
glanced 20:9
go 7:4 9:23 13:10
  13:14 17:7 29:1
  30:16,19 33:15
  37:1,2 44:3 45:9
  45:17 47:7 49:10
  54:17,23,25 63:16
going 9:5,23 12:1
  16:15,17 30:1
  34:17 36:6,6,7
  37:4 41:8 44:2
  46:23 52:5,14
golf 17:16
good 29:2 30:19
  61:15 63:24
goodness 56:6
gosh 8:1 23:14
  29:12 58:15 63:7
grab 60:4
graduate 54:20
  55:3
gray 41:5
great 56:14 64:5
GREEN 1:6 68:6
gross 36:7
guess 12:22 16:15
  18:10 19:5 41:12
  47:12 55:18 60:3
  63:8
guessing 15:21
guy 57:14
guys 37:6 40:19
  63:14

**H**

H 3:9
hail 62:8,11
half 61:21
hand 20:11 67:18
happen 9:1 34:18
happened 27:16
happens 36:11
harm 61:15
hatch 44:18
hate 22:9
Haynesworth 4:12
hazard 63:8
head 11:14
headway 30:1
hear 7:18 35:21
  37:7 51:10 55:24
heard 20:3,5 62:22
  62:24
heart 56:6
Heartland 1:5 2:18
  11:2,19 14:14
  19:13 20:1,3,5,7
  23:18 24:10 28:10
  28:11,16,20 52:10
  56:1 57:2,5,12
  58:8,10,23 59:8
  59:12 68:5
held 29:16
help 37:9
helpful 22:11 58:21
hereto 1:24
Hey 62:20
high 54:17,19 55:24
highlighting 12:20
history 10:21 54:17
hit 46:9
hold 36:21,21
home 53:8
hone 19:12
honestly 63:21
hooking 41:2
hope 53:24
hotel 48:20 56:13
  60:4
hotels 60:5,6
hour 37:5

hourly 49:25
housekeeping 44:2
housing 6:20
Houston 2:22
hrs 68:23
hundreds 9:8

**I**

idea 20:12 56:22
identification 10:3
  44:7
identity 67:13
illuminated 41:4
imagine 15:13
immaculately
  56:20
immediate 25:25
immediately 24:20
  34:13 47:17
implying 47:15
impossible 34:9
impressed 9:11
includes 69:3
including 32:21
indicate 32:1
indicates 62:8
industry 18:15
information 11:13
  59:7 69:1
inherent 36:11
  38:11
initial 33:12
initially 26:1
inside 17:25 21:2
  32:3
insistence 26:1
inspect 43:13
inspected 21:4
inspection 22:17,22
  23:1,4
instance 1:15
instrument 67:15
insurance 23:13
integrity 28:15
intent 47:19
intentionally 47:14

47:18 48:1
interested 69:12
interior 34:23 39:4
  39:16
internal 25:8
interrupt 22:10
inundated 40:14
involved 6:14,18
  7:11
involves 45:23
irrelevant 24:11
issue 24:1 36:25
  37:19 39:5,9 43:7
  46:17 56:2
issues 23:16 28:1
  28:25 29:15 36:1
  37:18,20 38:1,19
  38:22 39:2 41:25
  43:10 44:14,21,25
  45:2 48:21 61:13
  61:14
item 18:9 22:4,23
  23:3 30:16,22
  35:19 37:2 39:15
  39:24 40:7,23
items 21:15,19 30:9
  30:10,12 34:22
  35:2,23 36:3
  37:24 44:9,12
iteration 27:18,19
  27:24

**J**

January 5:10 9:2
  29:8 30:11 43:11
  46:22 49:12 64:12
Japan 54:13
Jason 1:2,9,14 3:4
  4:1,8,9,11 45:24
  66:2 67:1,5,11
  68:2,8,13
job 41:19 53:21
  69:24 70:23
jobs 55:8
join 55:5
JUDICIAL 1:4

68:4
jump 52:14 55:9
jumping 46:19
  64:13
jury 4:23 47:12

**K**

K 2:12
keep 27:18 55:15
kept 61:13
key 42:22
keyed 15:14
keys 42:20,22 50:16
kids 5:23 56:11
kind 13:19 33:3
  35:21 41:9,12
  52:13 53:12 55:15
  56:17 58:16 60:4
kitchen 38:18
knew 47:21
know 5:3 8:23
  10:19 14:15 16:21
  16:23 18:15 19:19
  21:17 24:6,10,12
  24:17 25:9,25
  30:18 31:20 33:14
  49:2 51:17 56:9
  61:11 64:18
knowledge 23:17
  23:20,23 47:20,25
  51:8,11,20 62:14
  64:12
known 67:11
Korea 6:12 7:25
  8:6 53:22
Korean 8:1

**L**

laid 47:10
landlord 6:20,21
  7:10
language 63:14
lasted 57:23
late 29:12 30:15
  43:4
latest 1:22



**lawsuit** 4:14 5:16
  6:13,14,17,19,25
  7:3,6,11 10:23
  41:16 45:23 46:8
  47:2,9,11 49:7
  56:2
**lawsuits** 7:12
**lawyer** 47:11 63:2
**leads** 53:14
**leak** 25:1,2,5,7,10
  25:12,16,20 26:19
  26:20 27:2,4,5,8
  27:14 33:20 35:3
  35:6 39:2
**leaks** 26:14,16,24
  30:22 36:15,17,17
  36:19
**led** 50:25
**left** 28:10 29:18
  42:8
**legal** 5:24 13:4
  45:23
**letter** 9:14 22:3
  29:22 34:15 46:21
  49:11
**letters** 8:13
**let's** 17:15 28:8
  30:17,19,22 36:2
  41:23 43:19 61:4
**level** 16:18
**Lexington** 69:22
  70:21
**lieu** 56:12
**liked** 56:15
**line** 27:1 36:7,7
  57:4,7 66:3
**list** 25:1 26:23,25
  30:20,23 32:20
  33:22,24 34:22
  37:2,24 39:25
  40:23 44:9,13,16
  44:22 61:14
**listed** 30:9,10 39:24
  43:11 47:2
**little** 18:7 31:11
  54:6 55:1,7 56:10

60:24
**live** 48:18
**lived** 32:25 33:1
  48:20 59:20
**living** 38:18 48:22
  48:23 59:17,24
**LLC** 1:5 2:18 68:5
**Lloyd** 55:12
**located** 6:7
**location** 14:9 33:21
  60:9,17
**long** 32:6 37:6 51:2
  53:18 54:4,14
  55:13 57:22 61:14
**look** 14:13 15:10
  16:11 17:16 21:9
  21:18 32:24 33:12
  56:15 61:13
**looked** 13:21 16:24
  16:25 20:9 21:12
  39:1 44:19
**looking** 8:13 10:4
  13:25 14:1,3,8
  15:17 16:5,6,9
  17:1,4 19:25
  21:16 23:7 24:15
  31:4,5 32:10
**looks** 12:7
**lost** 41:16,17
**lot** 16:24 17:5,16
  19:11 30:14 33:2
  34:10,13 36:22
  40:4 42:9 43:1
  44:20 50:20 51:3
  51:7 60:5
**Lowman** 2:20 3:6
  22:9,14 52:8,9
  64:24 68:24 69:5
**LP** 36:9

_____
**M**

**machine** 1:19
**Mack** 13:3,5,6
  18:18 19:2,6
  20:14,19 51:15
**Mack's** 18:5

**mail** 10:19
**mailing** 53:10
**main** 38:18
**maintain** 28:15
**maintained** 24:2
  56:20
**maintenance** 20:18
  22:7 27:20,24
  28:4,10,18,25
  29:15,24 31:4,14
  31:19 32:16 34:16
  35:8,16,19 36:14
  39:1 42:10,12
  46:13,16 57:8,8
  57:12,16 58:1,4
  58:17 59:4 61:12
  61:14
**major** 54:3 55:22
**making** 41:15
  45:13
**man** 60:5
**manager** 19:5,6
  20:14,19
**manipulations** 42:6
**manner** 29:25 30:5
  33:25 34:18
**manual** 58:13,18
  58:21,24
**Marina** 33:6 60:19
**Marine** 53:17,18
  54:2 55:5,9
**mark** 9:23 32:4
  44:3
**marked** 10:2 30:11
  44:6
**marriage** 5:18
**married** 5:11,13,19
**master** 25:11
**Matt** 13:5
**matter** 14:5 20:1,2
  44:2
**Matthew** 10:6
**McConnel** 10:6
**Meadow** 2:13
**mean** 6:15 15:8,10
  19:14 21:4 42:16

64:13
**means** 10:14
**memory** 8:12 10:12
**mentioned** 31:10
  33:9 35:14,15
  36:14 37:21 44:19
  60:18
**mentioning** 39:13
**messages** 38:3
**method** 32:11
**methods** 22:7 57:17
**mid** 61:5
**middle** 4:9
**military** 6:6 53:3,8
  53:15 60:5
**mind** 15:18 43:17
  63:12
**minutes** 43:18
  57:25 68:23,24,25
**misrepresents** 35:1
  40:24
**mitigate** 39:2
**model** 30:4 56:24
**models** 20:10,11
**mold** 28:1
**moment** 6:8
**money** 47:9
**month** 61:22
**monthly** 52:19
**months** 18:13
  55:16
**move** 48:18
**moved** 30:2 43:4
**moves** 43:8

_____
**N**

**N** 3:1
**Nadine** 2:12 4:13
  4:17 22:9 36:5
  68:23 69:6 70:6
**nadine.weatheral...**
  2:15
**name** 4:6,10,13
  5:25 11:8,11,12
  13:4 14:11 19:5
  31:21 52:9 57:18

67:14
**names** 5:23 20:25
  31:18
**necessarily** 17:24
**need** 37:3 43:18
  49:20
**needed** 33:17 51:23
**needs** 13:23,23
  19:22 35:18 43:7
**negotiated** 18:6
**negotiation** 18:9
**neither** 69:8
**never** 19:1 28:13
  52:19 56:4
**new** 14:4,6 18:16
  18:19,23,23 19:1
  19:7 20:24 23:19
  24:2 33:11,19
  34:2,17 35:22
  45:11 46:10,17
  47:22
**newly** 45:3
**nice** 17:22
**night** 53:25
**nights** 60:12
**nine** 55:16
**nominal** 40:7
**nonresponsive** 24:4
  41:21
**north** 1:20 2:14 6:8
  54:9 55:2 58:1
**NOTARY** 67:21
**noted** 67:3
**notice** 22:18,25
  23:4,6 25:2 27:4
  27:13 31:1 32:22
  37:12 38:19 39:5
  40:16,25
**noticed** 23:8 24:23
  24:25 25:5,12,16
  27:7 30:13 31:2
  32:23 33:7 37:15
  40:17 41:1
**noticing** 33:22
  35:25 43:10 44:25
**novice** 22:21



**number** 10:2 44:3,6
44:10 47:12 60:11
**numbered** 1:16

---

**O**

**oath** 43:25 67:12
**object** 24:3 41:20
45:16 47:7
**objection** 45:15,21
47:4,5 49:8 50:1
**observe** 32:1 40:18
**obviously** 59:3
**occurred** 69:15
**offer** 34:12
**offered** 34:9,11
**offering** 34:16
**office** 18:5,7 67:18
**officer** 6:6 68:14
69:2 70:2
**officer's** 70:8
**official** 53:9
**Oh** 9:14 23:14
39:18
**okay** 4:20 5:5 6:17
8:4,23 9:5,7,15,25
10:10 12:10,25
13:15,18 16:22,24
17:6 19:25 22:2,4
22:15 24:5 30:20
31:23 36:5 37:6
37:10 38:17 39:20
46:1,25 49:18
50:5,7 52:11 53:4
53:14 56:17,21
57:1 58:3,12 59:1
59:6,11,16 60:11
60:21,24 61:23
62:6 63:1,18
64:25
**Okinawa** 54:13,14
**old** 5:7,8 57:13
**oldest** 5:25
**once** 14:16,17,20
**online** 13:10 15:10
**opinion** 17:19
**option** 31:10 60:3,8

RE 6:1
**oral** 1:8,14 68:14
**order** 1:22 3:12
12:7 40:11 44:4
44:23
**original** 70:1,5,9
**originating** 25:7,9
**outcome** 69:12
**outfit** 14:10
**outlets** 34:23 36:13
38:17,19,25 39:7
**outright** 17:1
**outside** 14:11 21:3
**overall** 33:25
**overnight** 48:25
49:1 59:18,20,23
**overseas** 54:10,11
54:12
**overstatement** 36:8
**owned** 56:2,4
**owner's** 58:13,18
58:24
**owns** 11:7
**O-r-a** 6:2

---

**P**

**page** 3:1 9:16,19
66:3 70:4
**paid** 12:14 50:8
52:16,20
**panel** 35:1,7 40:24
**paragraph** 41:3
**park** 2:13 32:24
33:4,6 37:14
40:17 42:4,7,13
50:18 60:20,22,23
60:23
**parks** 60:16
**part** 49:17
**particularly** 43:17
**parties** 69:3,9
70:13
**parts** 40:11 44:23
50:21
**party** 68:21
**pass** 52:5 64:21

**patched** 22:5
**pay** 49:2,3
**paying** 49:25
**payments** 52:20
**PDF** 59:2
**pejorative** 42:19
**pending** 6:25 7:6,9
**Pendleton** 54:8
**people** 31:15,18
**people's** 34:3
**percent** 63:10,13
**percentage** 63:4,11
**Perfect** 22:4
**performed** 49:4
**period** 26:17 28:6
30:8 33:21 39:6
41:14
**periodically** 41:6
**permanent** 8:5
**permission** 42:9
**person** 11:16 13:11
13:12 31:14 32:25
34:19 42:12,24
45:1 57:18 58:1,3
67:14
**personal** 23:17,20
23:23 47:20
**personally** 67:11
**personnel** 27:24
28:5,10 31:4,9
35:8,16 36:14
39:1 42:10 59:12
**person's** 56:19
**pertain** 8:14,19
**pertaining** 6:15,19
**phone** 50:24 51:14
57:24 58:8 59:8
59:11 62:11
**photographs** 8:15
8:17
**photos** 8:13
**physical** 59:2
**physically** 21:4
**pick** 50:18,22,25
51:13 61:20
**picked** 42:11 51:1

61:3,19,25
**picking** 64:8
**picks** 42:13
**pictures** 33:13
40:19
**pipe** 36:10
**place** 55:1
**plaintiff** 2:4 5:15
**Plaintiffs** 1:2 68:2
69:7
**planning** 53:24
**plans** 43:6 53:24
60:9
**pleasantries** 31:20
**please** 4:6 7:19
**point** 19:12,15,24
28:9 29:13 31:23
32:18,19,20 33:15
34:15 35:14 53:6
53:7,12 57:3
62:12
**pointed** 44:17
**policy** 23:13
**possession** 61:24
62:3,3
**possibly** 22:6 24:12
30:18 37:1
**post** 54:7
**posture** 34:5
**potential** 29:20
**practices** 32:16
57:9,12 59:4
**precipitated** 32:11
**preparation** 8:10
9:20
**prepared** 10:23
62:7
**preparing** 70:9
**previous** 31:25
32:2 35:16
**previously** 27:2
44:19
**price** 15:3 18:5
19:24
**primary** 18:8 46:9
46:17

**prior** 14:21 15:7
17:11 20:3,8
22:18 23:1,4
30:14 39:17,23
40:10 44:8 54:7
56:1
**pristine** 45:12
46:10
**private** 60:23
**probably** 33:20
35:4 51:24 55:18
57:24
**Procedure** 1:21
**proceed** 43:22
**proceeding** 69:10
**process** 13:14
23:14 36:16
**produced** 1:14
**product** 15:5 46:11
**promised** 44:23
**property** 30:8
**proprietor** 19:4
**proved** 67:12
**provisions** 1:23
**PUBLIC** 67:21
**published** 58:24
**pull** 10:20 21:24
30:9 56:25
**purchase** 11:22
13:10,11 15:3
17:2 18:11 19:17
19:21 20:17 23:9
40:8 53:4
**purchased** 11:20
13:7 14:22 15:24
17:12 18:19 19:20
24:16,19 45:3
58:14
**purchasing** 13:13
14:14,21 15:7
20:4,8 21:7 22:18
23:1,5,12 39:23
40:10 45:5 48:17
50:11 56:1
**purposes** 67:16
**pursuant** 1:21 69:1



69:13
put 22:10 36:8
41:18 57:7
putting 30:1
P.O 2:7

**Q**

quality 15:4 20:21
question 5:1 19:14
24:11 39:19 46:3
47:16 49:18,20
50:21 53:15 59:17
questions 16:15,17
52:4,12 57:11
58:4,4,21 63:19
64:15,17 65:1
quickly 30:18
quite 15:8 21:17
36:22 39:14 41:7
quote 43:3

**R**

rank 54:1
reach 38:4 58:9
read 67:1
ready 43:22
realize 19:16
really 20:22 61:11
reappeared 26:19
26:20
rear 21:21 30:23
31:12 40:2 44:18
reason 7:14 28:22
37:4 41:12 43:16
45:4 50:14 66:3
reasonable 34:19
reasons 70:4
recall 11:23 12:25
14:11 15:15,20
17:2,20 18:1 19:5
25:23 26:6,10
29:13 31:16,18,21
37:13,23 39:13
48:5 51:14 56:21
57:18,22 58:15,25
60:16 63:6,10

received 24:10,18
34:14
recess 43:20
recollection 12:15
17:14 39:11 40:1
record 1:23 4:7
45:16 47:7 48:15
53:8 68:15 69:4
recreational 1:5
2:18 59:24 60:2,8
68:5
refer 58:17
referenced 46:22
refill 43:18
refund 29:7 34:6,8
refunded 11:10
refunding 29:20
regarding 1:22
20:21 49:15
regular 35:19 59:4
related 69:9
relevant 41:22
remaining 34:21
remediate 38:24
42:2
remedied 39:16
remember 10:14
16:21,22 17:18
18:4 20:25 58:20
Remotely 1:11
remove 43:6 51:6
repair 32:11 38:25
43:14 45:1
repaired 30:13
repairs 29:4 31:14
49:3,4 64:7
repeat 46:3
repeated 11:9
rephrase 5:5
replaced 35:18
report 62:6
reported 1:11,19
reporter 36:24
68:10
REPORTER'S
68:7

Reporting 69:21
70:20
reports 10:22
represent 4:14,16
18:18 52:10
representations
20:20
represented 45:11
46:18 47:11
representing 46:10
63:5
request 11:9 30:3
51:6
required 34:16
requirements
17:21 19:23 69:13
research 15:6,9
20:7
reserve 64:25
reside 53:6
resides 8:8
residing 48:24
resolved 7:7 43:7
respond 34:7 35:20
response 35:17
60:25
responsible 29:17
53:23
rest 22:10 31:8
return 68:20
returned 11:10
25:22 70:1,3,5
review 8:10,15,21
9:1,20 40:20
reviewed 8:24
reviews 15:11
revolved 17:23
right 5:1 8:5 9:12
10:21 11:1 12:19
12:23 19:24 22:16
22:23 35:13 37:11
41:23 44:8,24
52:25 54:1,4,20
55:22 56:10 61:8
62:1 63:18
Road 69:22 70:21

rolls 55:16
roof 22:24 32:21
33:7 35:12
Rule 69:14 70:12
Rules 1:21
run 56:17
rust 8:12 23:3
34:22 35:24 36:9
36:10 37:11,15,21
38:10
RV 9:2 10:6 11:18
11:22 12:7 13:1,8
13:19 17:12 25:19
26:4,7,10 27:3
28:10,16,20 29:18
29:23 30:6 31:4,9
31:13 32:24 33:1
33:4,6,11,18 34:7
34:10,12 36:3
37:17 38:24 40:2
40:5,8,17 41:2
42:4,6,12,13,20
42:21 43:9,11
44:17 45:3 48:22
48:23 50:15,17,18
51:13 52:17 56:1
56:3,12,16,19
58:5 59:17,18
60:19,20,23 61:3
61:16,18,18,19,24
61:25 62:4,6,17
62:20,25
RVer 32:25
RVs 1:4 2:10 4:14
11:20 14:7,13,22
15:1,6 16:1 17:7
17:11,17,24 18:3
19:3 20:16,20
21:20 23:19 24:10
24:17 25:14,15
27:8 28:24 29:1,3
29:9 30:14 31:19
32:14 33:8,25
35:11,25 37:16,21
37:25 38:9,21
39:8,23 41:25

42:18 43:1,13
44:11,25 45:11,14
47:13 48:1,5 49:4
51:13 56:7 57:13
64:7,11 68:4

**S**

S 2:6 3:9
safe 15:23 34:21
sale 39:17
salesperson 13:3
15:4 16:2
San 1:4 2:7,10 4:14
7:2 9:2 10:6 11:20
12:25 13:7,19
14:7,12,21 15:1,6
16:1 17:7,11 18:2
19:2 20:15,20
21:20 23:19 24:9
24:17 25:14,15,17
25:18,19 26:4,6
26:10 27:3,8
28:23 29:1,3,9,18
30:5,13 31:3,9,13
31:19 32:14 33:8
33:25 34:3,7
35:11,25 36:3
37:16,17,20,25
38:9,21,24 39:8
39:23 40:5 41:24
42:12,17,21 43:1
43:8,13 44:10,17
44:24 45:10,13
47:13,21 48:1,5
49:4 50:15,17
51:12 53:1,2 54:9
60:20 61:2,19,24
62:3,6,12,19,25
64:6,11 68:4
saw 18:17 32:13
saying 36:23 46:7
48:14 62:20
school 54:18,19
55:25
scope 20:12
Scott 2:6 45:20



47:10 68:25 69:7
**scratched** 8:12
**scratching** 10:12
**screen** 9:5,13 12:1
12:4 46:23
**seal** 67:18
**seals** 22:24 32:21
33:7 35:12
**searching** 20:6
**second** 9:19 27:5,8
27:22,24 28:17,17
31:3 35:5 54:11
**seconds** 8:2
**section** 58:18
**see** 9:12,17,18 12:4
12:8,10 15:11
17:15 21:14 22:8
22:11,12 36:2
41:22 48:14 49:17
61:4
**seeking** 47:1,9 49:6
**seen** 10:22 15:14
62:12
**selected** 13:22
**sell** 48:2 50:12
**selling** 46:9,10
47:22
**send** 10:10,13,16
10:17
**sensor** 35:1,7 40:24
41:7,25
**sent** 9:2 10:5 25:21
25:23 29:8
**Seoul** 6:12 7:25 8:6
53:21,23 54:5,10
**separate** 18:8
**separately** 19:10
**Sequentially** 26:18
**served** 70:13
**service** 57:4,7
**set** 19:23
**settle** 63:16
**seven** 14:20
**share** 9:5 12:1
46:23
**shopping** 13:18

**short** 43:22 54:15
**shorthand** 1:20
68:10
**shortly** 27:4,13
28:17 29:19
**showed** 18:16
24:20 53:5
**shown** 70:13
**sides** 32:21
**sign** 12:16
**signature** 10:8
12:19,23 66:1
67:2 68:19 70:3
**signed** 13:1
**signs** 24:20
**similar** 30:4
**simpler** 40:1
**simply** 13:18
**sincere** 50:23
**single** 38:6
**sir** 16:20 53:16
63:19
**site** 20:9 58:24,25
**sitting** 30:7 51:3
**situation** 28:4,12
**six** 18:13 55:16
64:8
**sixth** 32:20
**size** 17:24
**sleep** 53:25
**sleeping** 61:17,18
**slow** 37:8
**smaller** 56:10
**Smith** 1:18 68:10
69:20 70:19
**sold** 20:12 23:19
24:8
**solely** 62:3
**somebody** 40:3
44:19 57:7,9,25
**son** 5:24
**sorry** 8:16 11:14
12:22 29:1 36:21
45:9 46:2,14 48:9
50:5 51:9 57:20
62:23 64:13

**sort** 41:15 42:19
51:2 59:5
**sorts** 53:10
**sounds** 12:9 56:10
**South** 6:12 7:25 8:6
53:22
**space** 17:25 25:15
38:18
**spaceship** 21:17
**speak** 16:2 37:20
51:13 57:8 63:14
**specific** 17:3,14
18:2 19:13,21
20:25 26:21 29:13
39:11 41:18 53:21
**specifically** 8:20
13:24 14:1,3
15:16 18:25 19:25
26:8 35:14 37:13
37:19,23 48:5
57:13
**specifics** 18:15
**spelled** 5:25 6:2
**spend** 60:5,9
**spent** 60:12
**spoiled** 56:19
**spoke** 57:19
**spoken** 30:21
**Spring** 33:5 37:14
60:19,19
**St** 2:21
**staffer** 55:19
**stain** 32:3,7,8
**stains** 26:25 32:12
**stand** 63:11
**standard** 57:11
59:4
**standpoint** 58:6
**stands** 63:13
**starboard** 21:21
30:24
**Starbucks** 1:20
**start** 33:17
**started** 23:25 31:4
32:10 33:13 34:6
34:8 41:2

**starting** 35:24
**state** 1:19,22 4:6
29:23 31:24 50:24
60:16,22,23 67:7
67:22 68:11
**stated** 1:23 39:17
**statement** 59:9
**statements** 33:12
**states** 39:16 53:17
**station** 54:11,12
**stationed** 6:9,11
53:2 54:5
**status** 35:1 40:24
**stay** 14:2
**stayed** 59:20,23
**staying** 33:1 48:24
49:1 59:17 61:15
**step** 36:16,16
**sticking** 31:23
**stock** 20:10,10
**stolen** 52:13
**stop** 14:12
**stopped** 13:21
61:17,18
**storage** 25:10
**storm** 62:11,15,20
**story** 13:15
**straight** 52:20
**strategic** 53:23
**stretched** 41:12
**strike** 24:7 46:6
**submitted** 49:11
68:17
**subscribed** 67:14
**subsequent** 20:18
**substantive** 58:11
**suitable** 16:7
**Suite** 2:13
**suited** 17:21
**summarize** 61:23
**supposed** 35:22
**sure** 4:8 5:24 7:4
10:1 11:21 12:3
13:4 15:8,13
16:24 19:14 20:5
22:1,12 36:24

39:14 45:20 47:15
52:6 55:13 56:9
57:15,20 60:7
**surprised** 35:21
**suspicious** 31:11
**sworn** 1:16 4:2,23
68:13
**symptoms** 26:20

_____
**T**

**T** 3:9
**tag** 15:3
**tags** 18:5
**take** 7:20 17:16
23:13 28:24 32:24
37:3 40:6,9 43:17
**taken** 1:16 40:3
43:20 44:20 69:3
69:11
**takes** 9:9
**talk** 11:2 30:22
57:10,25 58:9
**talked** 44:14 48:6
57:25
**talking** 11:19 34:6
34:8 44:9 56:11
**talks** 59:5
**tank** 35:1,7 40:23
41:25
**tanks** 35:1 40:24
41:5
**tape** 22:6,19,20
**team** 20:24
**tear** 35:19
**telephone** 38:3,5,6
**tell** 4:23 8:16 14:15
16:4 32:6 35:11
56:7 59:3 61:22
**tells** 49:19
**Templeton** 2:6
45:15,21 47:4,6
49:8,10 50:1,4
51:9 63:5 64:22
64:25 68:25 69:7
**temporarily** 59:25
**temporary** 48:19



60:9
**tenant** 6:23 7:10
**term** 42:19 50:6
**terribly** 58:21
**test** 56:17
**testified** 4:3 33:19
  38:8
**testimony** 4:21
  68:15 69:2
**Texas** 1:6,19,21 2:7
  2:14,22 54:19
  60:20 67:7,22
  68:6,11 69:20,22
  70:19,21
**text** 38:3
**Thank** 22:14 48:12
  63:24
**Thanks** 4:17 63:25
  65:1,2
**therefor** 70:4
**thing** 21:3 24:23,25
  33:3 59:5
**things** 7:8 25:14
  33:13,22 34:1
  40:14 53:11
**think** 7:5 8:25
  14:10 16:25 23:15
  25:1 26:21 28:21
  34:5,11 36:5,7
  37:6,17 43:7
  44:16 46:9,17
  53:4 55:15 57:6
  58:23 59:1,19
  60:4 63:13,15
**third** 33:20 35:3,5
  35:5 63:10
**three** 6:2 16:19
  26:13,23 54:15
  56:13
**thunder** 52:14
**time** 11:10 13:25
  16:2,4,11 17:6,9
  18:4 19:11 20:17
  21:2,14,18 23:12
  23:21,22 26:4,8
  26:17 27:22 29:6

30:8 31:13,15,21
32:16 34:10 35:6
35:15 37:18 38:6
38:20 39:6 41:11
43:9,12 51:5 52:5
53:2 55:6 56:12
57:24 58:23 60:2
60:5,9 62:2 63:24
64:10,21 68:21
69:2
**timeline** 8:14,20
  24:14,15
**times** 9:9 14:12,20
  58:10 64:6,8
**tired** 29:14 60:4
**title** 11:11,15
**today** 4:22 5:2 8:11
  11:2 63:19
**told** 15:21 16:6,9
  19:2,6 35:10
  38:10 49:2
**TOM** 1:6 68:6
**tone** 34:5
**top** 11:13 12:8 21:3
  21:10 32:23
**total** 12:10 26:17
**Tower** 2:13
**town** 13:20 14:11
**track** 27:18
**tracks** 46:20
**trade** 34:9,12
**traditional** 10:19
**trailer** 11:3,7,18,19
  11:23 12:14 13:7
  13:13,17,24 14:1
  14:4,4,6,8,14,21
  15:7,17,24 18:19
  18:22,23 19:7,13
  19:16,21 20:1,4,8
  20:21 21:22 22:18
  23:1,5,9,12,18
  24:8,15,16,20,24
  25:8,17 29:7,16
  30:4,7,24 32:4,24
  32:25 33:4 34:24
  34:25 40:16 41:5

42:8,13,23,25
44:15 45:5,11
47:22,23 48:2,17
50:11,18,24 51:2
51:17,22,24 56:22
56:25 57:12 58:14
58:16 60:1,13
61:3 62:9,20 64:7
**trailers** 13:19 14:8
  14:13 16:11 18:12
  20:6,8 38:11
**transcript** 68:14,17
  70:10
**travel** 56:22,24
**TRCP** 69:14
**treated** 18:10
**trial** 63:17 65:1
**tried** 10:13,16 41:4
  48:1 58:9
**trim** 34:23,25 39:4
  39:15 40:6,11,15
  40:20
**trips** 60:10
**true** 7:22 13:8,9
  24:10,13 67:3
  68:15
**trust** 15:4
**truth** 4:24
**truthfully** 63:21
**try** 9:5 10:17 25:22
  27:21,23 30:17
  36:4,8,25 45:1
  46:4 47:8
**trying** 8:4 16:20
  18:21 36:15 41:13
  47:14,18
**turned** 60:13
**twice** 14:18
**two** 8:2 27:6 56:11
  56:13 60:14
**type** 10:17 13:24
  15:11 32:11 56:21
**typed** 12:11
**typical** 18:9
**typically** 17:15,23

**U**
**ultimate** 18:4
**ultimately** 14:25
  18:19
**unauthorized** 22:6
**underbelly** 21:22
  22:21 28:5,12,14
  28:15 30:24 31:3
  31:6,9,10 36:20
**undercarriage**
  21:21 30:23 32:14
**underneath** 21:12
  21:17 25:11 27:25
  31:2
**understand** 4:15,20
  4:25 5:2 11:1
  16:20,21 18:21
  38:8 43:24 45:20
  47:19 48:16 57:3
  64:17
**understanding**
  11:8,18 26:3
  36:23 42:25 43:2
  51:2 52:16,24
**understood** 63:18
  64:15
**undone** 34:24,25
  39:5 40:16
**unfortunately**
  22:22
**unit** 52:22 53:1
**United** 53:17
**unknown** 30:8
**unquote** 43:3
**unusable** 29:16
**use** 4:11 41:4 53:9
  53:25 56:7 59:25
  60:10
**usually** 4:11

**V**
**v** 1:3,18 68:3,10
  69:20 70:19
**various** 20:10
  34:25 40:15
**VEHICLES** 1:5

2:18 68:5
**verbally** 33:9
**version** 59:2
**versus** 17:21,22
  59:17
**video** 2:6,12,20
**visit** 16:8,14,25
  17:12 28:17,18
  31:3 35:16
**visits** 17:11,13 18:1
  19:15 20:15,18
**voluntarily** 50:19

**W**
**wages** 41:16,17
**wait** 27:25 28:6
**waited** 17:10
**walk** 20:23
**walking** 18:5 19:11
**walls** 40:21
**Walters** 2:13
**want** 8:23 29:16
  47:10 55:24 57:1
  57:13 63:8
**wanted** 19:17,20
  36:25 59:7
**warranty** 28:19
**wash** 41:5
**wasn't** 17:1,22
  20:22 24:1 29:25
  34:14,17 40:12
**was/was** 70:1
**water** 24:25 25:2,5
  25:7,10,12,16,20
  26:14,16,25 27:1
  28:1,6 30:21 31:6
  32:3,5,6,8,12
  33:20 35:3,5 41:5
  56:18
**way** 30:2,17,19
  33:15 35:10 36:6
  38:1 47:9 53:1,7
**ways** 10:13,17,17
**wear** 35:19
**Weatherall** 2:12
  3:5,7 4:5,13 10:4



22:12,15,16 24:3
24:6 41:20,24
43:21 44:8 45:18
46:4 47:8 49:13
50:7 51:12 52:3
52:13 59:16 61:1
63:1 64:2,20 65:2
68:23 69:6 70:6
**web** 20:9 58:24,25
59:2
**weeks** 56:13 60:14
**went** 10:14 16:1
17:6,9 21:2,9
42:17
**Westlake** 54:19
**we're** 4:21 11:1
16:15 25:6 27:18
36:6 37:6 56:11
**whatsoever** 24:2
**wheel** 11:3 56:22
**whittling** 17:20
**wife** 17:18 19:8
**witness** 1:15 4:2
47:5 49:9 50:3
51:11 52:5,6
64:21 66:2 68:13
68:16,18,19
**wood** 34:24 40:15
**words** 51:25
**work** 6:5 31:19
41:10 54:17 55:6
55:11,13
**worked** 13:3 55:8
**working** 41:14
**works** 53:7
**world** 53:13
**worth** 51:18
**wouldn't** 25:9 63:8
**wrapped** 50:20
REDA 5:25
**writing** 30:2 33:13
**written** 12:11 31:22
33:5 49:14,16
57:20
**wrong** 24:24
**W-r-e-n** 6:1

**X**

X 3:1,9

**Y**

**yeah** 5:6 9:15 12:9
18:25 21:23 34:11
37:8 39:21 44:21
45:24 46:5 48:13
55:24 56:13,18
58:6 59:1 61:11
64:19
**year** 18:13,14 54:6
54:20
**years** 5:8 7:15,21
16:19 53:20 54:15
64:13
**youngest** 6:1
**y'all** 65:2

**Z**

**Zoom** 2:6,12,20
4:21

**$**

**$58,658.37** 12:13
**$69,398.37** 47:3

**0**

**0** 68:24
**03** 54:22
**04** 54:3
**09** 55:4

**1**

**1** 3:11 9:16,24 10:2
21:20,21 30:12
44:10 46:24 68:23
**1-30-19** 3:11
**10** 1:10 3:11 7:15
7:21 53:20 68:8
**10th** 1:17
**10-4-18** 3:12
**10440** 2:14
**1122** 69:22 70:21
**119th** 1:4 68:4
**12-10-21** 66:2

**13-minute** 43:20
**1500** 2:13
**16** 68:25
**17th** 61:6
**1985** 5:10

**2**

**2** 3:2,12 9:16 44:3,6
**20** 58:1
**20th** 61:6
**2018** 11:2,24 18:12
30:15 43:4 44:5
56:1 61:7
**2019** 9:3 29:9 30:11
43:12 64:13
**2020** 64:12,13
**2021** 1:10,17 68:8
69:17 70:16
**203** 69:14
**203.3** 70:12
**21-1607** 69:24
70:23
**23rd** 5:10
**25** 56:9
**2657** 69:20 70:19
**27** 68:23
**29** 2:7

**3**

**30** 58:2 61:24
**30th** 9:2 29:8 30:11
43:12 46:22 49:12
**325** 2:8
**344** 69:22 70:21
**37** 5:8
**38** 11:2

**4**

**4** 3:5 12:9
**4th** 44:4
**40** 63:10,13
**44** 3:12
**45** 57:24
**482-9120** 2:8

**5**

**500** 2:21
**52** 3:6
**58** 69:23 70:22

**6**

**6th** 25:4
**64** 3:7

**7**

**7** 5:24
**713** 2:22
**713-224-1659** 69:23
70:22
**752-0777** 2:22
**75231** 2:14
**764-7709** 2:15
**76902** 2:7
**77002** 2:22
**78947-5223** 69:22
70:21

**8**

**8th** 25:4
**8:02** 1:17
**8\31\23** 69:21 70:20

**9**

**9:58** 1:18
**905** 2:6
**972** 2:15

